## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**LINDA TOMONIA,** *et al.,*        )
        )
   **On behalf of R.T., minor,**    )
        **Plaintiffs,**    )
        )
       **v.**        )     **Civil Action No. 07-0882 (JR)**
        )
**DISTRICT OF COLUMBIA,** *et al.,*   )
        )
       **Defendants.**    )
_____)

### DISTRICT OF COLUMBIA'S MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT

Defendant District of Columbia moves this Court to extend the time in which to respond to Plaintiff's complaint by thirty-five (35) days. In support of this motion, the District refers this Court to its Memorandum of Points and Authorities, which is attached hereto. Counsel for the District telephoned Plaintiff's counsel to obtain her consent. However, she could not be reached. A message was left on her voicemail.

Dated: July 3, 2007

           Respectfully submitted,

           LINDA SINGER
           Attorney General for the District of Columbia

           GEORGE C. VALENTINE
           Deputy Attorney General,
           Civil Litigation Division

           _____/s/_____
           PHILLIP A. LATTIMORE, III [422968]
           Chief, General Litigation Sec. III
           441 Fourth Street, N.W., Sixth Floor South
           Washington, D.C. 20001
           (202) 727-6295
           E-mail:  Phillip.Lattimore@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| LINDA TOMONIA, *et al.,* | ) |
| | ) |
| **On behalf of R.T., minor,** | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )    Civil Action No. 07-0882 (JR) |
| | ) |
| DISTRICT OF COLUMBIA, *et al*., | ) |
| | ) |
| **Defendants.** | ) |

_____)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION**
**TO ENLARGE THE TIME TO RESPOND TO COMPLAINT.**

The District of Columbia submits this memorandum of points and authorities in support of its motion for enlargement.

1.     The Complaint in this case appears to have been served on the Office of the Mayor on or about June 14, 2007.

2.     Due to the press of business, reduced legal staff in this section, and the need to obtain information from DCPS that is needed to adequately respond to this federal lawsuit, the District needs an additional 35 days in which to review documents and prepare an adequate response.

3.     In addition, no party will be prejudiced by an extension of the time to respond to Plaintiff's complaint.

Accordingly, the District requests that the Court extend the time for it to respond to Plaintiff's complaint up to and including August 7, 2007.

Dated:  July 3, 2007

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/Phillip A. Lattimore_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 727-6295
(202) 727-3625 (fax)
E-mail: phillip.lattimore@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **LINDA TOMONIA,** *et al.,* | ) | |
| | ) | |
| **On behalf of R.T., minor,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-0882 (JR)** |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al*., | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____) | | |

## <u>ORDER</u>

Upon consideration of the District of Columbia's Motion to Extend the Time to Respond to Plaintiff's Complaint, the Memorandum of Points and Authorities In Support thereof, and the entire record herein, it is on this _____ day of _____, 2007, that the Court hereby

**ORDERS** that the Motion is **GRANTED**. It is

**FURTHER ORDERED** that the time for the District to respond to Plaintiff's complaint shall be enlarged by thirty-five days, up to and including August 7, 2007.

**SO ORDERED** this _____ day of _____, 2007.

_____
HON. JAMES ROBERTSON
United States District Court Judge