U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Linda Tomonia, In her own right, and as next friend of her son, R.T., et al.

vs.

District of Columbia, et al.

No. 1:07-CV-00882 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, ROBERT PROFFITT, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1955.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:10 pm on June 14, 2007, I served District of Columbia c/o Mayor of the District of Columbia at 1350 Pennsylvania Avenue, NW, Washington, DC 20004 by serving Tabatha Braxton, Administrative Assistant, authorized to accept.  Described herein:

```
   SEX-    FEMALE
   AGE-    38
HEIGHT-    5'7"
  HAIR-    BLACK
WEIGHT-    140
  RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on __6/15/07__
              Date

ROBERT PROFFITT
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189633

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Linda Tomonia, In her own right, and as next friend of her son, R.T., et al.

vs.

District of Columbia, et al.

No. 1:07-CV-00882 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:22 pm on June 14, 2007, I served District of Columbia c/o Attorney General for the District of Columbia at 441 4th Street, NW, Suite 600, Washington, DC 20001 by serving Gale Rivers, Staff Assistant, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    52
HEIGHT-    5'6"
  HAIR-    BLACK
WEIGHT-    190
  RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on __6/15/07__
            Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189634