U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Linda Tomonia, In her own right, and as next friend of her son, R.T., et al.

vs.

District of Columbia, et al.

No. 1:07-CV-00882 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

   I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

   That my date of birth / age is 09-06-1941.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 2:55 pm on June 14, 2007, I served Marcia Parker, In her personal capacity as Principal of Turner Elementary School at 3264 Stanton Road, SE, Washington, DC 20020 by serving Marcia Parker, personally. Described herein:

   SEX-    FEMALE
   AGE-    45
   HEIGHT- 5'6"
   HAIR-   GRAY
   WEIGHT- 140
   RACE-   BLACK

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 6/19/07
             Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189621