U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Linda Tomonia, in her own right, and as next friend of her son,
R.T., et al.

vs.

District of Columbia, et al.

No. 1:07-CV-00882 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service
of the Summons and Complaint in the above entitled case, hereby
depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington,
D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:02 pm on June 14, 2007, I served Clifford Janey, in
his official capacity and personal capacity as Superintendent of
District of Columbia Public Schools at 825 North Capitol Street, NE,
9th Floor, Washington, DC 20002 by serving Frances Maley, Staff
Assistant, authorized to accept. Described herein:

SEX- FEMALE
AGE- 45
HEIGHT- 5'8"
HAIR- BROWN
WEIGHT- 200
RACE- BLACK

I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
RETURN OF SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___7/9/07___          _____
                                   Date

                                   WESLEY JENNINGS,
                                   1827 18th Street, N.W.,
                                   Washington, D.C. 20009
                                   Our File#- 189618