U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Linda Tomonia, In her own right, and as next friend of her son, R.T., et al.

vs.

District of Columbia, et al.

No. 1:07-CV-00882 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, SCOTT KUCIK, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 04-15-1966.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:01 am on July 6, 2007, I served Clifford Janey, In his official capacity and personal capacity as Superintendent of District of Columbia Public Schools at 2212 Massachusetts Avenue, NW, Washington, DC 20008 by serving Clifford Janey, personally. Described herein:

```
    SEX-    MALE
    AGE-    61
 HEIGHT-    5'9"
   HAIR-    BLACK
 WEIGHT-    175
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  7/6/07
             Date

SCOTT KUCIK
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189620