IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, et al, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No 7-CV-0882(JR) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AS AGAINST DEFENDANT CLIFFORD JANEY (in his personal capacity)**

Plaintiffs move, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, for an order granting Plaintiffs a default judgment against Defendant Clifford Janey (in his personal capacity) on the grounds that Defendant has failed to answer Plaintiffs' Complaint.

The grounds for Plaintiffs' Motion are more fully set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

Karen D. Alvarez
D.C. Bar No. 423186
1442 Foxhall Rd., N.W.
Washington, D.C. 20007
(202) 333-8553

July 30, 2007

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, et al, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No 7-CV-0882(JR) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

Defendant Clifford Janey (in his personal capacity) was served with a summons and complaint in this action more than 20 days ago. App. G. He has failed to appear in this action or to plead. Defendant Janey is not subject to the provisions or protections of the Soldiers and Sailors Civil Relief Act, as amended. App. H. Plaintiffs accordingly move for entry of a default judgment against him and request that the Court provide Plaintiffs with all relief requested in their Complaint.

Respectfully submitted,

                         Karen D. Alvarez  
                         D.C. Bar No. 423186  
                         1442 Foxhall Rd., N.W.  
                         Washington, D.C. 20007  
                         (202) 333-8553

July 30, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, et al, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No 7-CV-0882(JR) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

The Court, having reviewed Plaintiffs' Motion, and the affidavits appended thereto, hereby,

ORDERS, that the Clerk of The Court shall enter default judgment against Defendant Clifford Janey.

SO ORDERED.

_____
U.S. District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, et al, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No 7-CV-0882(JR) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al, | ) |
| | ) |
| Defendants. | ) |

**<u>DECLARATION IN SUPPORT OF ENTRY OF JUDGMENT OF DEFAULT</u>**

**<u>In re: Defendant Clifford Janey (in his personal capacity)</u>**

I, Karen D. Alvarez, declare as follows:

1. I am attorney of record for Plaintiffs in this case.

2. On July 6, 2007 Defendant Clifford Janey was personally served with the summons and complaint in this action.

3. No appearance has been entered by or on behalf of Defendant Janey, no pleading has been filed on his behalf, none has been served upon the attorney for Plaintiffs , no extension has been given and the time for filing of his pleading has expired.

4. Defendant is neither an infant nor an incompetent person.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____

| | |
|---|---|
| Date    July 30, 2007 | Karen D. Alvarez |
| | D.C. Bar No. 423186<br>1442 Foxhall Road, NW<br>Washington, D.C. 20007<br>(202) 333-8553 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, et al, | ) <br> ) <br> ) <br> ) |
| Plaintiffs, | ) Civil Action No 7-CV-0882(JR) <br> ) <br> ) |
| v. | ) <br> ) |
| DISTRICT OF COLUMBIA, et al, | ) <br> ) |
| Defendants. | ) <br> ) |

## **MILITARY CERTIFICATE**

**In re: Defendant Clifford Janey (in his personal capacity)**

**(Certificate in Compliance with the Soldiers and Sailors Civil Relief Act of 1940, as amended, 50 U.S.C.§ 520)**

I, Karen D. Alvarez, declare as follows:

1. I am attorney of record for Plaintiffs in this case.

2. I make this certificate pursuant to the provisions of the Soldiers and Sailors Relief Act of 1940and the provisions of the amendments thereto of 1942 and 1960.

3. I have caused careful investigation to be made to ascertain whether or not Defendant Janey is in the military service of the United States or its allies and that, as a result of said investigation , I have discovered and do hereby allege that Defendant is not in the military service of the Untied States or its allies, that he is not a member of the Army, Navy, Marine Corps or Coast Guard of the United States, or an officer of the public Health Service detailed for duty either with the Army or Navy, and Defendant is not on active duty with any branches aforesaid, nor is Defendant under training or

education under the supervision of the United States preliminary to induction in the military services, and the Defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has the Defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the Defendant a member of the Enlisted Reserve Corps ordered to report oft military service , but is a former superintendent of the D.C. Public Schools.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____

Date   July 30, 2007                              Karen D. Alvarez

                                                  D.C. Bar No. 423186
                                                  1442 Foxhall Road, NW
                                                  Washington, D.C. 20007
                                                  (202) 333-8553