IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, et al, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No 7-CV-0882(JR) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AS AGAINST DEFENDANTS WILLIAM WILHOYTE**

Plaintiffs move, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, for an order granting Plaintiffs a default judgment against Defendant William Wilhoyte, on the grounds that Defendant has failed to answer Plaintiffs' Complaint.

The grounds for Plaintiffs' Motion are more fully set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

Karen D. Alvarez
D.C. Bar No. 423186
1442 Foxhall Rd., N.W.
Washington, D.C. 20007
(202) 333-8553

July 30, 2007

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, et al, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No 7-CV-0882(JR) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

Defendant William Wilhoyte was served with a summons and complaint in this action more than 20 days ago. App. E. He has failed to appear in this action or to plead. Defendant is not subject to the provisions or protections of the Soldiers and Sailors Civil Relief Act, as amended. App. F. Plaintiffs accordingly move for entry of a default judgment against Defendant and request that the Court provide Plaintiffs with all relief requested in their Complaint.

Respectfully submitted,

                                    Karen D. Alvarez
                                    D.C. Bar No. 423186
                                    1442 Foxhall Rd., N.W.
                                    Washington, D.C. 20007
                                    (202) 333-8553

July 30, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, et al, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No 7-CV-0882(JR) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

The Court, having reviewed Plaintiffs' Motion, and the affidavits appended thereto, hereby,

ORDERS, that the Clerk of The Court shall enter default judgment against Defendant William Wilhoyte.

SO ORDERED.

_____
U.S. District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, et al, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No 7-CV-0882(JR) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION IN SUPPORT OF ENTRY OF JUDGMENT OF DEFAULT**

**In re: Defendant William Wilhoyte**

I, Karen D. Alvarez, declare as follows:

1. I am attorney of record for Plaintiffs in this case.

2. On June 19, 2007 Defendant William Wilhoyte was personally served with the summons and complaint in this action.

3. No appearance has been entered by or on behalf of Defendant Wilhoyte, no pleading has been filed on his behalf, none has been served upon the attorney for Plaintiffs, no extension has been given and the time for filing of his pleading has expired.

4. Defendant is neither an infant nor an incompetent person.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____

| | |
|---|---|
| Date    July 30, 2007 | Karen D. Alvarez |
| | D.C.Bar No. 423186 |
| | 1442 Foxhall Road, NW |
| | Washington, D.C. 20007 |
| | (202) 333-8553 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, et al, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No 7-CV-0882(JR) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al, | ) |
| | ) |
| Defendants. | ) |

## MILITARY CERTIFICATE

### In re: Defendant William Wilhoyte

**(Certificate in Compliance with the Soldiers and Sailors Civil Relief Act of 1940, as amended, 50 U.S.C.§ 520)**

I, Karen D. Alvarez, declare as follows:

1. I am attorney of record for Plaintiffs in this case.

2. I make this certificate pursuant to the provisions of the Soldiers and Sailors Relief Act of 1940, as amended in 1942 and 1960.

3. I have caused careful investigation to be made to ascertain whether or not Defendant Wilhoyte is in the military service of the United States or its allies and that as a result of said investigation, I have discovered and do hereby allege that said Defendant is not in the military service of the Untied States or its allies, that he is not a member of the Army, Navy, Marine Corps or Coast Guard of the United States, or an officer of the public Health Service detailed for duty either with the Army or Navy, and said Defendant is not on active duty with any branches aforesaid, nor is Defendant under

training or education under the supervision of the United States preliminary to induction in the military services, and the Defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor ahs the Defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the Defendant a member of the Enlisted Reserve Corps ordered to report for military service , but is an employee of the D.C. Public Schools.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____

Date    July 30, 2007                                    Karen D. Alvarez

                                                         D.C. Bar No. 423186
                                                         1442 Foxhall Road, NW
                                                         Washington, D.C. 20007
                                                         (202) 333-8553