UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
**LINDA TOMONIA,** *et al.,*              )
                                          )
    **On behalf of R.T., minor,**    )
        **Plaintiffs,**             )
                                          )
    **v.**                           )    **Civil Action No. 07-0882 (JR)**
                                          )
**DISTRICT OF COLUMBIA,** *et al.,*       )
                                          )
    **Defendants.**                  )
_____)

### PRAECIPE OF APPEARANCE

Please enter the appearance of Sally L. Swann, Assistant Attorney General, Office of the Attorney General for the District of Columbia, as counsel for the District of Columbia, Marcia Parker and Dennis G. Homesley, in the above-captioned matter.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        /S/_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV

        /S/_____
        SALLY L. SWANN[1]
        Assistant Attorney General
        441 4th Street, N.W.
        6th Floor South
        Washington, D.C. 20001
        (202)724–6519; (202)727-6295

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.