## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| ) | |
| **LINDA TOMONIA,** *et al.*, ) | |
| ) | |
| **On behalf of R.T., minor,** ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-0882 (JR)** |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al*., ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## DISTRICT OF COLUMBIA'S MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT

Defendant District of Columbia moves this Court to extend the time in which to respond to Plaintiff's complaint by forty (40) days.  In support of this motion, the District refers this Court to its Memorandum of Points and Authorities, which is attached hereto. Counsel for the District telephoned Plaintiff's counsel to obtain her consent.  However, she could not be reached.  A message was left on her voicemail.

Dated:  August 6, 2007

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 727-6295

_____
SALLY L. SWANN[1]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR83.2.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

| | )  |
|---|---|
| **LINDA TOMONIA,** *et al.,* | ) |
| | ) |
| **On behalf of R.T., minor,** | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 07-0882 (JR)** |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al*., | ) |
| | ) |
| **Defendants.** | ) |

_____)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION
TO ENTEND THE TIME TO RESPOND TO COMPLAINT**

The District of Columbia submits this memorandum of points and authorities in

support of its motion for enlargement.

1.    The Complaint in this case appears to have been served on the Office of

the Mayor on or about June 14, 2007.

2.    Defendant District of Columbia previously requested and was granted

additional time until August 7, 2007 to respond to the Complaint.

3.    Defendant District of Columbia requires further additional time to respond

to the Complaint in order to obtain all the relevant documents from DCPS and to

thoroughly review and respond to this lawsuit.  Further, as stated in Defendant's earlier

motion to extend the time to respond to the Complaint, the Defendant counsel's office

has had reduced legal staff in this section, and the undersigned attorney has been newly

assigned to this case.

3.    In addition, no party will be prejudiced by an extension of the time to respond to Plaintiff's complaint.

Accordingly, the District requests that the Court extend the time for it to respond to Plaintiff's complaint up to and including September 19, 2007.

Dated:  August 6, 2007

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

_____
SALLY L. SWANN
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 727-6519 ; (202) 7276295
(202) 727-3625 (fax)
sally.swann@dc.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
**LINDA TOMONIA,** *et al.,*               )
                                          )
    **On behalf of R.T., minor,**          )
                        **Plaintiffs,**    )
                                          )
            **v.**                         )        **Civil Action No. 07-0882 (JR)**
                                          )
**DISTRICT OF COLUMBIA,** *et al.,*        )
                                          )
                    **Defendants.**        )
_____)

## ORDER

Upon consideration of the District of Columbia's Motion to Extend the Time to Respond to Plaintiff's Complaint, the Memorandum of Points and Authorities In Support thereof, and the entire record herein, it is on this ____ day of _____, 2007, that the Court hereby

**ORDERS** that the Motion is **GRANTED**. It is

**FURTHER ORDERED** that the time for the District to respond to Plaintiff's complaint shall be enlarged by thirty-five days, up to and including September 19, 2007.

**SO ORDERED** this ____ day of _____, 2007.


                                        _____
                                        HON. JAMES ROBERTSON
                                        United States District Court Judge