FILED

AUG 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, *et al.*, ) | |
| ) | |
| On behalf of R.T., minor, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0882 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the District of Columbia's Motion to Extend the Time to Respond to Plaintiff's Complaint, the Memorandum of Points and Authorities In Support thereof, and the entire record herein, it is on this 7th day of August, 2007, that the Court hereby

**ORDERS** that the Motion is **GRANTED**. It is

**FURTHER ORDERED** that the time for the District to respond to Plaintiff's complaint shall be enlarged by thirty-five days, up to and including September 19, 2007.

SO ORDERED this 7 day of August, 2007.

_____
JAMES ROBERTSON
United States District Judge