IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, et al. )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al. )<br>)<br>Defendants. )<br>................................................) | Civ.Action No 7-CV-0882(JR) |

## AFFIDAVIT OF SERVICE

I, Thomas L. Verner, a citizen of the United States over the age of eighteen, declare that :

1. My address is 5321 First Street, N.W., Washington, D.C. 20011.

2. I am not related to any party in this action.

3. On Wednesday, August 15, 2007, at 12:45 p.m., I served upon Dr. Mary Grant, who first was identified to me as such by persons in her office and who then personally identified herself to me as Dr. Mary Grant, a copy of the Summons and Complaint in this action, by handing it to her, in person, in the office of the Takoma EC at 7010 Piney Branch Avenue, N.W., Washington, D.C. 20012.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: Aug 21, 2007

August 21, 2007                                Thomas L. Verner

1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LINDA TOMONIA, et al

V.

DISTRICT OF COLUMBIA, et al

Case: 1:07-cv-00882
Assigned To : Robertson, James
Assign. Date : 05/10/2007
Description: CIVIL RIGHTS-NON. EMPLOY.

CASE NUMBER:

TO: (Name and address of Defendant)

Mary Grant
Principal
Takoma EC
7010 Piney Branch Rd, NW
Washington, DC 20012

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Karen D. Alvarez
1442 Foxhall Rd, NW
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

_____        MAY 10 2007
CLERK                                                        DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                          Date                                   Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.