IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, et al, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No 7-CV-0882(JR) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION IN SUPPORT OF ENTRY OF JUDGMENT OF DEFAULT**

**In re: Defendant Mary Grant**

I, Karen D. Alvarez, a citizen of the United States over the age of eighteen years, declare as follows:

1. I am attorney of record for Plaintiffs in this case.

2. On August 15, 2007 Defendant Mary Grant was personally served with the summons and complaint in this action.

3. No appearance has been entered by or on behalf of Defendant Grant, no pleading has been filed on her behalf, none has been served upon the attorney for Plaintiffs , no extension has been given and the time for filing of her pleading has expired.

4. Defendant is neither an infant nor an incompetent person.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____

Date    September 6, 2007                               Karen D. Alvarez

                                                        DC Bar No. 423186
                                                        1442 Foxhall Road, NW
                                                        Washington, DC 20007
                                                        (202) 333-8553

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, et al, | ) <br> ) <br> ) <br> ) |
| Plaintiffs, | ) Civil Action No 7-CV-0882(JR) <br> ) <br> ) |
| v. | ) <br> ) |
| DISTRICT OF COLUMBIA, et al, | ) <br> ) |
| Defendants. | ) <br> ) |

## **MILITARY CERTIFICATE**

**In re: Defendant Mary Grant**

**(Certificate in Compliance with the Soldiers and Sailors Civil Relief Act of 1940, as amended, 50 U.S.C.§ 520)**

I, Karen D. Alvarez, declare as follows:

1. I am attorney of record for Plaintiffs in this case.

2. I make this certificate pursuant to the provisions of the Soldiers and Sailors Relief Act of 1940, as amended in 1942 and 1960.

3. I have caused careful investigation to be made to ascertain whether or not Defendant Grant is in the military service of the United States or its allies and that as a result of said investigation , I have discovered and do hereby allege that said Defendant is not in the military service of the Untied States or its allies, that she is not a member of the Army, Navy, Marine Corps or Coast Guard of the United States, or an officer of the public Health Service detailed for duty either with the Army or Navy, and said Defendant is not on active duty with any branches aforesaid, nor is Defendant under

training or education under the supervision of the United States preliminary to induction in the military services, and the Defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has the Defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the Defendant a member of the Enlisted Reserve Corps ordered to report for military service , but is an employee of the D.C. Public Schools.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____

Date    September 6, 2007                    Karen D. Alvarez

                                             D.C. Bar No. 423186
                                             1442 Foxhall Road, NW
                                             Washington, D.C. 20007
                                             (202) 333-8553