IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDA TOMONIA, et al** | ) |
| | ) |
|     **Plaintiffs,** | ) Civ. Action No.07-0882 (JR) |
| | ) |
| | ) |
| **DISTRICT OF COLUMBIA, et al.** | ) |
| | ) |
|     **Defendants** | ) |
| | ) |

**PLAINTIFFS' MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT**

_____

Plaintiffs move, pursuant to Rule 6(b) (1) of the Federal Rules of Civil Procedure. to enlarge the time within which to respond to Defendants' Motion for Judgment until October 11, 2007.

The grounds for Plaintiffs' Motion are more fully set forth in the accompanying memorandum of points and authorities.

                                                                          Respectfully submitted,

                                                                          Karen D. Alvarez
                                                                          Attorney for Plaintiffs
                                                                          D.C. Bar No. 423186
                                                                          1442 Foxhall Rd, N.W.
                                                                          Washington, DC 20007
                                                                          (202) 333-8553
                                                                          202-333-1546 (Fax)

IN **THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LINDA TOMONIA, et al.** )<br>)<br>    Plaintiffs,            ) Civ. Action No. 07-0882 (JR)<br>)<br>        v.                    )<br>)<br>**DISTRICT OF COLUMBIA, et al.** )<br>)<br>    Defendants          )<br>) | |

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT**

_____

Plaintiffs have moved, pursuant to Rule 6(b) (1) of the Federal Rules of Civil Procedure, to enlarge the time within which to respond to Defendants' Motion for Judgment until October 11, 2007. Counsel for Plaintiffs spent more time than she had anticipated would be needed in meeting and conferring with counsel for Defendants and in attempting to arrive at discovery and other timelines that would meet the parties' needs and fit within the limits set by the Court for trial of this action. Counsel anticipates that still more time will be required tomorrow in order to complete the meet and confer process.

Accordingly, Plaintiffs request an enlargement until October 11, 2007 of time to respond to Defendants' Motion.

Plaintiffs have consulted with counsel for Defendants in this connection. Counsel for Defendants states that Defendants have no position on Plaintiffs' motion.

Respectfully submitted,

Karen D. Alvarez
Attorney for Plaintiffs
D.C. Bar No. 423186
1442 Foxhall Rd, N.W.
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

Case 1:07-cv-00882-JR    Document 33    Filed 10/09/2007    Page 4 of 4