**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDA TOMONIA, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 07-0882 (JR) |
| : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |

### ORDER

Defendants' motion for judgment on the pleadings [#31] is **granted** as to defendant Janney, who need not be sued in his official capacity in order for plaintiffs to maintain an action against the District of Columbia, and **granted without prejudice** as to the remaining individual defendants, who will not be required to respond to plaintiffs' claims until and unless plaintiffs can allege facts that would give rise to their liability in their individual capacities.  The parties' Local Rule 16.3 report [#35] is **approved** and the deadlines set forth therein **so ordered**, except that the dates for the final pretrial conference and for trial will be set at a status conference, which is set for **December 19, 2007** at **4:30 p.m.**  Counsel are to come to that meeting prepared to discuss the status of discovery, their respective settlement positions and the theories of any then-contemplated dispositive motions.

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.  It is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

JAMES ROBERTSON
United States District Judge