UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, *et al.*, <br><br> On behalf of R.T., minor, <br><br> Plaintiff, <br><br> v. <br><br> District of Columbia, *et al.*, <br><br> Defendants. | C.A. No.: 07-00882 |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of ERIC S. GLOVER, Assistant Attorney General for the District of Columbia, as counsel for defendants the District of Columbia, Clifford Janey, Mary Grant, Marcia Parker, Dennis Homesley and William Wilhoyte.

    Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

   /s/ ERIC S. GLOVER
ERIC S. GLOVER[1]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 442-9754
Eric.Glover@dc.gov

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals and LCvR 83.2.