## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, *et. al.,* | : |
| | : |
| Plaintiffs, | : |
| v. | : Civil Action No. #1:07-cv-00882 (JR) |
| | : |
| DISTRICT OF COLUMBIA, *et. al.,* | : |
| | : |
| Defendants. | : |

## **NOTICE OF ENTRY OF APPEARANCE**

The Clerk of said Court will please **enter** the appearance of Michael P. Bruckheim, Assistant Attorney General, on behalf of all the Defendants District of Columbia, Clifford Janey, Mary Grant, Marcia Parker, Dennis Homesley, and William Wilhoyte, and **withdraw** the appearance of Sally Swann, Assistant Attorney General.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

\_\_\s\_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

\_\_\_\s\_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202/724-6649;202-727-6295
E-mail:  Michael.bruckheim@dc.gov;