UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LINDA TOMONIA, *et al.*, | ) ) ) | |
| On behalf of R.T., minor, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-0882 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' CONSENT MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' REQUESTS FOR ADMISSIONS**

Defendants District of Columbia, Mary Grant, Marcia Parker, Dennis Homesley and William Wilhoyte (hereinafter "Defendants") by and through their undersigned counsel, hereby move this Court, pursuant to Fed. R. Civ. P.6(b)(1), to grant an enlargement of time for them to respond to Plaintiffs' First Request for Admissions.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

/s/ Eric S. Glover
ERIC S. GLOVER[1]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 6N013
Washington, D.C. 20001
Office: (202) 442-9754; (202) 727-6295
Facsimile: (202) 727-3625
Email:  Eric.Glover@dc.gov

*Attorneys for Defendants*

.

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals and LCvR 83.2.

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LINDA TOMONIA, *et al.*, ) | |
| ) | |
| On behalf of R.T., minor, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0882 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' REQUESTS FOR ADMISSIONS**

In support of their Motion to Enlarge Time to Respond to Plaintiffs' Requests for Admissions, the Defendants represent as follows:

1. This case involves allegations that the Defendants excluded the infant plaintiff from activities and services at D.C. Public Schools due to an alleged disability in violation of the American with Disabilities Act and the D.C. Human Rights Act. See Amended Complaint.

2. On or about December 11, 2007, plaintiffs' counsel forwarded a copy of their Plaintiffs' First Request for Admissions, to the undersigned defense counsel. The responses are due on or about January 15, 2008. Undersigned has been working diligently to respond to Plaintiffs' First Request for Admissions, in accordance with Fed. R. Civ. P. 36. However, these defendants need additional time to respond to the requests.

3. Defendants see additional time to respond to plaintiffs' discovery demands in accordance with Rule 6(b)(1).

5. Fed R. Civ P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may for good cause extend the time: (A) with or without motion or notice if the court acts or if a request is made before the original time or extension expires…." This motion is being filed prior to the current deadline, and otherwise meets the requirements of Rule 6(b)(1).

6. On or about January 3, 2008, the undersigned contacted plaintiffs' counsel via telephone to request an extension to respond to Plaintiffs' First Set of Admission until Friday, January 18, 2008. Plaintiffs' counsel consented to the undersigned's request.

7. No party will be unduly prejudiced should the Court grant the requested relief.

WHEREFORE, for the reasons stated herein, and pursuant to Fed R. Civ. P. 6(b)(1), the Defendants respectfully request an enlargement of time to respond to Plaintiffs' First Set of Admissions.

                              Respectfully submitted,

                              PETER J. NICKLES
                              Interim Attorney General for the District of Columbia

                              GEORGE VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division

                              PATRICIA A. JONES [428132]
                              Chief, General Litigation Sec. IV

/s/ Eric S. Glover
ERIC S. GLOVER[2]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W.; Suite 6N013
Washington, D.C. 20001
Office: (202) 442-9754; (202) 727-6295
 Facsimile: (202) 727-3625
Email:  Eric.Glover@dc.gov

*Attorneys for Defendants*

---

[2] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals and LCvR 83.2.

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, *et al.*, | ) |
| On behalf of R.T., minor, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-0882 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Defendants' Consent Motion to Enlarge Time to Respond to Plaintiffs' Requests for Admissions, their supporting Memorandum of Points and Authorities, and the entire record herein, it is this ____ day _____, 2008,

ORDERED, that the said motion be, and hereby is, GRANTED for the reasons set forth in the motion, and it is,

FURTHER ORDERED, that Defendants' time to respond to Plaintiffs' First Set of Admissions is extended until January 18, 2008.

So ORDERED this _____ day of _____, 2008.

_____
Judge James Robertson
United Stated District Court for the
District of Columbia

6

Case 1:07-cv-00882-JR   Document 43   Filed 01/10/2008   Page 7 of 7