IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


LINDA TOMONIA  , et al            )
                                  )
      Plaintiffs,                 )Civ. Action No.07-0882 (JR)
                           )
                                  )
DISTRICT OF COLUMBIA, et al.  )
                                  )
      Defendants                  )
                                  )
_____

## CONSENT MOTION TO ENLARGE TIME FOR DISPOSTIVE MOTIONS, OPPOSITIONS AND REPLIES

_____

Plaintiffs move, pursuant to Rule 6(b) (1) of the Federal Rules of Civil Procedure. to enlarge the time for filing dispositive motions, oppositions and replies as stated in the Parties' Rule 16.3 Report. The parties have consulted and have agreed to a new schedule for filing dispositive motions.

Defendants, by Eric Glover, Esq., have consented to Plaintiffs' Motion to Enlarge Time until February 28, 2008 for filing of dispositive motions, until March 18, 2008, for oppositions thereto, and until March 28, 2008, for replies.

Respectfully submitted,


Karen D. Alvarez
Attorney for Plaintiffs
D.C. Bar No. 423186
1442 Foxhall Rd, N.W.

Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

IN **THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
LINDA TOMONIA,  et al.        )
                              )
      Plaintiffs,             )Civ. Action No. 07-0882 (JR)
                              )
           v.                 )
                              )
DISTRICT OF COLUMBIA, et al.  )
                              )
      Defendants              )
                              )
_____
```

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION TO ENLARGE TIME WITHIN WHICH TO FILE
DISPOSITVE MOTIONS**

_____

Counsel for Plaintiffs is unwell and is not able to complete meetings scheduled

for preparation of declarations or to complete preparation of exhibits. The parties have

consulted and have agreed on the following changes to the schedule that was set forth in

the Parties' Rule 16.3 Report.

Dispositive Motions: due February 28, 2008
Oppositions:         due March 18, 2008
Replies:             due March 28, 2008.

Respectfully submitted,


Karen D. Alvarez
Attorney for Plaintiffs
D.C. Bar No. 423186
1442 Foxhall Rd, N.W.
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LINDA TOMONIA, et al,** ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | **Civil Action No 07-0882(JR)** |
| ) | |
| ) | |
| **v.** ) | |
| ) | |
| **DISTRICT OF COLUMBIA, et al,** ) | |
| ) | |
| **Defendants.** ) | |
| ....................................................) | |

## <u>ORDER</u>

The Parties' consent motion to enlarge the time limits within which to file dispositive motions is hereby

**GRANTED.** The parties shall file dispositive motions on or before February 28, 2008; oppositions there to on or before March 18, 2008 and Replies on or before March 28, 2008.

## <u>SO ORDERED.</u>

United States District Judge