FILED

FEB 1 5 2008



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

LINDA TOMONIA, et al,                )
                                     )
                                     )
                                     )
            Plaintiffs,              )    **Civil Action No 07-0882(JR)**
                                     )
                                     )
            v.                       )
                                     )
DISTRICT OF COLUMBIA, et al,         )
                                     )
            Defendants.              )
..................................................)

### ORDER

The Parties' consent motion to enlarge the time limits within which to file dispositive motions is hereby

**GRANTED.** The parties shall file dispositive motions on or before February 28, 2008; oppositions there to on or before March 18, 2008 and Replies on or before March 28, 2008.

### SO ORDERED.

_____
JAMES ROBERTSON
United States District Judge

Dated: 4/15/08