IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA TOMONIA, et al,                    )
                                         )
                                         )
                                         )
        Plaintiffs,                      )    Civ.Action No 7-CV-0882(JR)
                                         )
                                         )
            v.                           )
                                         )
DISTRICT OF COLUMBIA, et al,             )
                                         )
        Defendants.                      )
……………………………………………)

## NOTICE OF FILING

Plaintiffs file herewith Exhibits V-E; VI -A through VI-D; and VII-A through

VII- D to Plaintiffs' Motion for Summary Judgment.

Respectfully submitted,

Karen D. Alvarez
D.C. Bar No. 423186
1442 Foxhall Rd, N.W.
Washington, D.C. 20007
(202) 333-8553
202-333-1546(Fax)

| Subj: | **RE: School Attendance Zone** |
|-------|-------------------------------|
| Date: | Wednesday, February 27, 2008 7:44:19 PM |
| From: | ombudsman@dc.gov |
| To: | KDAlvarez@aol.com |

Ms. Alvarez,

It is my understanding that 6817 Georgia Avenue is in the Takoma EC boundary.  The staff at the school said the boundary begins at 6600 Georgia Avenue, NW.  Please let me know if I can help you with any additional information.

Tonya Vidal Kinlow
202.741.8777
ombudsman@dc.gov

**From:** KDAlvarez@aol.com [mailto:KDAlvarez@aol.com]
**Sent:** Tuesday, February 26, 2008 11:29 AM
**To:** Ombudsman (EOM)
**Subject:** School Attendance Zone

Ms. Vidal Kinlow:

Could you tell me whether Takoma EC is the attendance zone school for a child who resides at 6817 Georgia Ave, NW,  Washington, 20012?

Thank you for your assistance,

Karen D. Alvarez


**************

Ideas to please picky eaters. Watch video on AOL Living.
(http://living.aol.com/video/how-to-please-your-picky-eater/rachel-campos-duffy/2050827?N

# SERAAJ FAMILY HOMES, INC.
## 817 VARNUM STREET, NE, 3RD FLOOR
## WASHINGTON, DC 20017

### FACSIMILE TRANSMITTAL SHEET

| TO: Atty Alvarez | FROM: Julia Holzhauer |
|---|---|
| COMPANY: | DATE: 3-22-07 |
| FAX NUMBER: 2/ 333-1546 | TOTAL NO. OF PAGES INCLUDING COVER: 4 |
| PHONE NUMBER: 2/ 333-8553 | SENDER'S REFERENCE NUMBER: |
| RE: R. Tomenia | YOUR REFERENCE NUMBER: |

☑ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Copy of Suspension papers

Confidentiality Warning: This message is intended only for the individual or entity to which it is addressed and may contain information which is privileged, confidential, and exempt from disclosure under applicable law. Likewise this message may contain documents, which are confidential, and information contained there in may not be disclosed pursuant to applicable state law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via telephone and return the original message via U.S. Postal Service. Thank You.

**PHONE: (202) 832-2950 ----- FAX: 202-832-2951**
**TOLL FREE – 1-888-832-2950**

SERAAJ FAMILY HOMES, INC. IS AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

A-1

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## NOTICE OF STUDENT DISCIPLINARY ACTION

### SUSPENSION LEVEL I

School _Payne E. S._

Telephone _202-698-3262_

Signature of Principal _Dennis D. Hoursley_

Date of Delivery _3/19/07_

[ ] Certified Mail
[ ] Hand Delivery

Student _Reginald Damona_          Date of Birth _1-3-95_

Student's Grade _6th_          Male [M] Female [ ]          Ethnicity Code _____

Sp. Ed. Student: Yes [ ] No [M]    Disability Code _____    LRE/Educational Setting _____

Parent/Guardian _____

Address _Mr. & Mrs. Darrell Sammon Drayton_

Home Telephone _202-547-7838_          Work Telephone _____

Dear _Mr. & Mrs. Drayton_ :
      Name of Parent/Guardian

**Please be advised that pursuant to the Rules of the Board of Education, Section 2500, your son/daughter is being disciplined for violating the following section(s) of the Board Rules:**

_2503.1 (b)_

Brief description of incident: _Student continues to roam the building and physically hit students._

(State each section individually)

Page 1 of 4
SHO 101
August 2000

A - 2

_Reginald Jerома_ am notifying you in accordance with Board Rule Section 2505.3, that _____ is to be suspended for _10_ days, from _3/19/07_ that through _4/3/07_

[ ] A conference was held on _3/19/07_ with _Reginald and Mr. Drayton_
                                        Date                    Name of Student

[ ] A conference has been scheduled on _____ at _____ , in the school office.
                                        Date        Time

Contact _Dennis D. McNeely_ on _(202) 698-3268_ to confirm attendance.
         (Name of Contact Person)        (Telephone Number)

## CHECK WHERE APPROPRIATE

[ ]  During this disciplinary time period the student must report to this school for in school suspension.

[ ] During this disciplinary time period the student must report to the following alternative educational placement: _____ , located at _____

The telephone number is _____ .

[✓] Because of the seriousness of the offense and potential harm to your child and others, I am initiating a home suspension in accordance with the Board Rules. During this disciplinary time period, the student shall be placed on home suspension for _10_ days. An educational packet will be provided to the student. This office will provide further instructional information. If your child does not receive this information within (4) school days of receipt of this notice, please call!

_Dennis D. McNeely_                    _202- 698-3268_
    Name                                  Telephone Number

This suspension will not be made a part of the student's permanent record. The principal has informed the Student Hearing Office of this suspension.

A copy of Chapter 25 of the Board Rules is attached.

A-3

1.   The decision to effect a disciplinary action shall be made by the principal or principal' designee and may be made upon the recommendation of a teacher or to her D.C. Public School employee.

2.   Notice of all exclusions or home suspensions shall be in writing to an adult student or minor student's parent or guardian

3.   The student shall be given a conference with the school official responsible for making or approving the disciplinary action.

4.   An adult student or minor student's parent or guardian shall be informed in writing of the alleged infraction by certified mail or hand delivery at least twenty four (24) hours prior to this conference.

5.   The conference may include the parent or guardian, witnesses and/or legal representative but participation by such parties shall not be required.

6.   The conference shall precede the disciplinary action except that immediate disciplinary action may be taken by the principal or designee due to emergency circumstances related to school safety and security.

7.   Findings and recommendations regarding disciplinary actions shall be forwarded to the Superintendent or designee who may intervene to modify the action in the interest of fairness or uniformity.

8.   The adult student or minor student's parents, guardian, may request a hearing by contacting the D.C. Public Schools Hearing Office within two (2) school days of the receipt of notice of the findings and recommendations of the formal administrative conference. The telephone number of the Hearing Office is 442-5550 or 442-5560.

9.   The hearing shall be held not more than four (4) school days after a written notice is given to the adult student or minor student's parent or guardian except that the hearing may be postponed for not more than five (5) school days upon the request of the adult student, minor student's parent or guardian.

10.  The hearing officer shall determine that all due process procedures have been followed or waived. The hearing officer may question any witness or party upon the conclusion of direct or cross examination testimony and shall examine all documentary evidence.

11.  The hearing officer shall ensure that the hearing is conducted in fair and orderly manner and shall have the authority to exclude any party or other person from the hearing on the grounds of substantial interference or obstruction of the orderly hearing process.

12.  An official electronic tape recording of the hearing shall be made by the hearing officer and shall constitute the official record of the hearing.

13.  If no hearing is requested, the principal or other school official making the disciplinary action may impose or continue the action.

A -4

D.C. School of Law
719 13th Street, N.W.
Washington, D.C. 20009
727-5225

Office of Bar Counsel
515 5th Street, N.W.
Suite 127
Washington, D.C. 20005
638-1501

Legal Aid Society of the District of Columbia
666 11th Street, N.W.
Suite 300
Washington, D.C. 20001
628-1161

Young Lawyers of the D.C. Bar Association
1819 H Street, N.W.-12th Floor
Washington, D.C. 20006
223-6600 or 223-1482

Neighborhood Legal Services Program
Branch Offices:
1337 H Street, N.E.                  399-6431
1213 Good Hope Road, S.E.            678-2000
3616 ½ 14th Street, N.W.             726-1400
1130 6th Street, N.W.                289-5200

A-5

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

**(202) 333-8553**
Telephone

**(202) 333-1546**
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:   Mr. Clifford Janey
      Superintendent
      D.C.P.S.

      Abby Hairston
      General Counsel
      DCPS

## <u>URGENT ATTENTION REQUESTED</u>

RE:   DCPS Policy Denying Disabled Students Due Process Rights Required under Federal Law

Enclosures: Letter to Mr. Janey; Letter to Ms. Hairston

DATE: 3/20/ 2007

Number of Pages: 3, including coversheet

A-6      ①

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553
Telephone

(202) 333-1546
Telefax

March 20, 2007

BY FAX and BY MAIL
Mr. Clifford Janey
Superintendent
D.C.P.S.
Ninth Floor
825 N. Capitol Street, N.E.
Washington, D.C. 20002

**Re: Section 504 of the Rehabilitation Act of 1973;**
**D.C.P.S.: Student Hearing Office Jurisdiction**

Dear Mr. Janey:

Yesterday afternoon, in the course of a Due Process Hearing before the Student Hearing Office, a DCPS Staff Attorney took the position that the Student Hearing Office does not have jurisdiction over claims and actions arising under Section 504 of the Rehabilitation Act, 29 U.S.C. 794. This is to advise you that the position taken by the Office of the General Counsel (OGC) at the hearing yesterday violates the rights of all students who are covered by the Rehabilitation Act because they are entitled, by federal law, to a due process hearing.

Historically, the DCPS Student Hearing Office has exercised jurisdiction over such claims. It has done so because regulations implementing the Rehabilitation Act, promulgated at 34 C.F.R. 104.36, expressly require DCPS to provide students receiving services under Section 504 with the due process procedures that are provided students under Section 615 of IDEA, 20 U.S.C. 1415.

This is to ask that you immediately instruct the Office of General Counsel to withdraw its motion to dismiss for want of jurisdiction over Section 504 claims, the due process complaint of my client Reginald Tomonia. If OGC's motion is not withdrawn forthwith, my client will understand that it is the policy of the D.C. Public Schools to deny students their rights to due process under Section 504.

Sincerely,

Karen D. Alvarez
Attorney for Ms. Linda Tomonia

CC: Abbey Hairston, Esq.,
    General Counsel,
    DCPS

A-7        

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553
Telephone

(202) 333-1546
Telefax

March 20, 2007

BY FAX and BY MAIL
Abby Hairston, Esq.
General Counsel
D.C.P.S.
Ninth Floor
825 N. Capitol Street, N.E.
Washington, D.C. 20002

Re: Section 504 of the Rehabilitation Act of 1973;
D.C.P.S.: Student Hearing Office Jurisdiction

Dear Ms. Hairston:

Yesterday afternoon, in the course of a Due Process Hearing before the Student Hearing Office, DCPS Staff Attorney S. Gupta took the position that the Student Hearing Office does not have jurisdiction over claims and actions arising under Section 504 of the Rehabilitation Act, 29 U.S.C. 794. This is to advise you that the position taken by the Office of the General Counsel (OGC) at the hearing yesterday violates the rights of all students who are covered by the Rehabilitation Act because they are entitled, by federal law, to a due process hearing.

Historically, the DCPS Student Hearing Office has exercised jurisdiction over such claims. It has done so because regulations implementing the Rehabilitation Act, promulgated at 34 C.F.R. 104.36, expressly require DCPS to provide students receiving services under Section 504 with the due process procedures that are provided students under Section 615 of IDEA, 20 U.S.C. 1415..

This is to ask that you immediately instruct Mr. Gupta to withdraw OGC's motion to dismiss for want of jurisdiction over Section 504 claims, the due process complaint of my client Reginald Tomonia.

Enclosed is a courtesy copy of my letter to Superintendent Janey of this morning  If OGC's motion is not withdrawn forthwith, my client will understand that it is the policy of the D.C. Public Schools to deny students their rights to due process under Section 504. Please advise me of the withdrawal of Mr. Gupta's motion in writing.

Sincerely,

Karen D. Alvarez
Attorney for Ms. Linda Tomonia

CC:    Mr. Clifford Janey,
       Superintendent,
       DCPS

A-8    ③

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME : 03/19/2007 06:27
                                    NAME : K D ALVAREZ
                                    FAX  : 2023331546
                                    TEL  : 2023338553
```

```
DATE,TIME              03/19  06:27
FAX NO./NAME           4425097
DURATION               00:00:48
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

**(202) 333-8553**
Telephone

**(202) 333-1546**
Telefax

## TELEFAX COVERSHEET
### NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Mr. Clifford Janey
     Superintendent
     D.C.P.S.

     Abby Hairston
     General Counsel
     DCPS

## URGENT ATTENTION REQUESTED

A-9 (4)

RE:  DCPS Policy Denying Disabled Students Due Pro...

TRANSMISSION VERIFICATION REPORT

TIME : 03/19/2007 06:45
NAME : K D ALVAREZ
FAX  : 2023331546
TEL  : 2023338553

| | |
|---|---|
| DATE,TIME | 03/19  06:45 |
| FAX NO./NAME | 4425026 |
| DURATION | 00:00:46 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

**(202) 333-8553**
**Telephone**

**(202) 333-1546**
**Telefax**

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal
materials. They are intended exclusively for the person to whom
this is addressed. Any distribution, copying or other use is strictly
prohibited.

TO:   Mr. Clifford Janey
       Superintendent
       D.C.P.S.

       Abby Hairston
       General Counsel
       DCPS

## <u>URGENT ATTENTION REQUESTED</u>

A-10   

RE:   DCPS Policy Denying Disabled Students Due Process Ri...

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 03/19/2007 07:50
                                    NAME  : K D ALVAREZ
                                    FAX   : 2023331546
                                    TEL   : 2023338553
```

```
DATE,TIME              03/19  07:49
FAX NO./NAME           4425026
DURATION               00:00:46
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

**(202) 333-8553**
Telephone

**(202) 333-1546**
Telefax

### TELEFAX COVERSHEET
### NOTICE

The attached materials constitute privileged and confidential legal
materials. They are intended exclusively for the person to whom
this is addressed. Any distribution, copying or other use is strictly
prohibited.

TO:   Mr. Clifford Janey
      Superintendent
      D.C.P.S.


      Abby Hairston
      General Counsel
      DCPS


### <u>URGENT ATTENTION REQUESTED</u>

A -11    (6)

RE:   DCPS Policy Denying Disabled Students Due Process Rights;

```
                 ┌─────────────────────────────────────┐
                 │  TRANSMISSION VERIFICATION REPORT    │
                 └─────────────────────────────────────┘

                                    TIME  : 03/19/2007 07:51
                                    NAME  : K D ALVAREZ
                                    FAX   : 2023331546
                                    TEL   : 2023338553

┌──────────────────────────────────────────────────────────────────┐
│                                                                    │
│   DATE,TIME                        03/19  07:51                     │
│   FAX NO./NAME                     4425097                          │
│   DURATION                         00:00:48                         │
│   PAGE(S)                          03                               │
│   RESULT                           OK                               │
│   MODE                             STANDARD                         │
│                                    ECM                              │
│                                                                    │
└──────────────────────────────────────────────────────────────────┘
```

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

**(202) 333-8553**
Telephone

**(202) 333-1546**
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:   Mr. Clifford Janey
      Superintendent
      D.C.P.S.

      Abby Hairston
      General Counsel
      DCPS

## URGENT ATTENTION REQUESTED

A -12  (7)

RE:   DCPS Policy Denying Disabled Students Due Process Rights D

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:    Ms. Nedra Jones
       Counselor
       Payne ES

## **URGENT ATTENTION REQUESTED**

RE:    Illegal Suspension of Reginald, a Student with Disabilities

MESSAGE:

This is to memorialize my telephone message to you of 8:59 a.m., regarding Reginald, in which I asked to speak with you concerning this suspension, and to provide you with a courtesy copy of my letter to Mr. Janey and Mr. Homesley, transmitted at 8:36 this morning. I expect to be in my office until 12:30 and would greatly appreciate it if we might speak before then.

Enclosures: Letter to Mr. Janey

DATE: 3/20/ 2007

A - 13

# Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

**(202) 333-8553**
**Telephone**

**(202) 333-1546**
**Telefax**

March 20, 2007

BY FAX
Mr. Clifford Janey
Superintendent
D.C.P.S.
Ninth Floor
825 N. Capitol Street, N.E.
Washington, D.C. 20002

Re: Reginald Tomonia (DOB 1/03/95) (Payne ES);
Suspension in Violation of Section 504 of the
Rehabilitation Act of 1973

Dear Mr. Janey:

Yesterday morning I was informed that my client, Reginald Tomonia, a student with disabilities who attends Payne ES, was suspended for 10 days. Reginald's mother's records show that Reginald has now been suspended, or excluded from school, by DCPS for more than 23 days this school year. At no time has DCPS conducted a manifestation review or re-evaluation of Reginald, in connection with any of those suspensions.

I informed DCPS Staff Attorney S. Gupta that Payne ES had illegally suspended Reginald during a Due Process Hearing held yesterday afternoon. This morning I attempted to speak with Mr. Dennis Homesley concerning this matter and to request that Mr. Homesley rescind his suspension of Reginald. I was informed this morning that Mr. Homesley would not be available at all today and that there is no vice – principal at Payne who might act in his stead.

This is to request that you direct Payne ES to rescind its suspension of Reginald and permit him to return to school immediately. Reginald was retained in Fifth Grade last year, because he had not mastered Fifth grade coursework, as a result of some 44 days of illegal suspensions imposed at Takoma EC. He can not afford to lose any more classroom time.

Ms. Tomonia further requests that you or your staff advise me today of any action that you or Mr. Homesley will take.

Sincerely,

Karen D. Alvarez
Attorney for Ms. Linda Tomonia

CC: Dennis Homesley
Principal,
Payne ES

A-14

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME : 03/19/2007 08:27
                                    NAME : K D ALVAREZ
                                    FAX  : 2023331546
                                    TEL  : 2023338553
```

```
DATE,TIME              03/19  08:26
FAX NO./NAME           6983263
DURATION               00:00:33
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

**(202) 333-8553**
Telephone

**(202) 333-1546**
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:    Ms. Nedra Jones
       Counselor
       Payne ES

## URGENT ATTENTION REQUESTED

RE:   Illegal Suspension of Reginald, a Student with Disabilities

MESSAGE:

A-15

This is to memorialize my telephone message to _____ on _____

Subj:   **RE: Illegal Suspension of Student with Disabilities**
Date:   3/20/2007 5:54:08 PM Eastern Standard Time
From:   Abbey.Hairston@k12.dc.us
To:     KDAlvarez@aol.com
CC:     TomoniaL@OD.NIH.GOV, ktotten@childrenslawcenter.org, William.Wilhoyte@k12.dc.us,
        Clifford.Janey@k12.dc.us
*Sent from the Internet (Details)*

Ms. Alvarez – please note that I am just now getting the opportunity to review my e-mails for today. I will review this matter with appropriate staff in my office and someone will address your concerns as soon as possible. Thanks.

*Abbey G. Hairston*
*General Counsel*
*District of Columbia Public Schools*
*825 North Capitol Street, NE*
*Room 9095*
*Washington, D.C. 20002*
(202) 442 - 5168

**From:** KDAlvarez@aol.com [mailto:KDAlvarez@aol.com]
**Sent:** Tuesday, March 20, 2007 10:52 AM
**To:** Hairston, Abbey G. (OGC)
**Cc:** TomoniaL@OD.NIH.GOV; ktotten@childrenslawcenter.org; Wilhoyte, William (OASUP); Janey, Clifford (OOS)
**Subject:** Illegal Suspension of Student with Disabilities

Dear Ms. Hairston:

Attached you will find copies of my correspondence with DCPS officers today, asking that they rescind the suspension, yesterday, of my client Reginald Tomonia. Payne ES yesterday suspended him for 10 days, without convening a manifestation determination meeting or conducting re-evaluations, in violation of the Rehabilitation Act of 1973. Reginald has been suspended for a total of 23 days this year, without benefit of any of the procedural requirements of Federal law.

Last year Reginald was retained in the Fifth Grade, because he had not mastered Fifth Grade coursework, as a consequence of having been suspended illegally by Takoma EC for some 44 days.

My client asks your assistance in resolving this matter today.

Sincerely,

Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

The information transmitted (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is intended only for the person(s) or entity/entities to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited. If you

Wednesday, March 21, 2007 America Online: KDAlvarez    A-16

received this in error, please contact the sender and delete the
material from any computer.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AOL now offers free email to everyone. Find out more about what's free from AOL at
http://www.aol.com.

A-17

| Subj: | **Fwd: Illegal Suspension of Student with Disabilities at Payne ES** |
|---|---|
| Date: | 3/20/2007 9:25:01 AM Eastern Standard Time |
| From: | KDAlvarez |
| To: | Jennifer.Finch@k12.dc.us, Timothy. Williams@k12.dc.us |
| CC: | TomoniaL@OD.NIH.GOV, ktotten@childrenslawcenter.org, clifford.janey@k12.dc.us |

Dear Ms. Finch and Mr. Williams:

Ms. Linda Roberts of Mr. Wilhoyte's office, whom I called this morning, tells me that you are School Performance Officers for Region II . I am forwarding to you a copy of my e-mail to Mr.Wilhoyte.

I am requesting that Mr. Wilhoyte direct Payne ES to rescind Reginald's suspension today, for the reasons stated in my email to Mr. Wilhoyte and in my letter to Sueprintendent Janey.


Sincerely,


Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)


The information transmitted (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is intended only for the person(s) or entity/entities to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited. If you received this in error, please contact the sender and delete the material from any computer.


*************************************
AOL now offers free email to everyone. Find out more about what's free from AOL at http://www.aol.com.
---------------
Forwarded Message:

| Subj: | **Illegal Suspension of Student with Disabilities at Payne ES** |
|---|---|
| Date: | 3/20/2007 9:03:16 AM Eastern Standard Time |
| From: | KDAlvarez |
| To: | william.wilhoyte@k12.dc.us |
| CC: | TomoniaL@OD.NIH.GOV, ktotten@childrenslawcenter.org |

Dear Assistant Superintendent Wilhoyte:

I am writing regarding my client, Reginald Tomonia, a student with disablities who was suspended by Payne ES yesterday for 10 days. As a result of that suspension, Reginald will have been suspended for 23 days this school year. At no time has DCPS convened a manifestation meeting or conducted re-evaluations of Reginald in connection with any of those suspensions--- a clear violation of IDEA and of the Rehabilitation Act.

This is to request that you immediately direct Payne ES to rescind that suspension. I am attaching copies of my correspondence of this morning with Superintendent Janey, Principal Homesley and

A-18

Counselor Nedra Jones.

My client would greatly appreciate it if you might advise me what action you will take today.

Sincerely,

Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

The information transmitted (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is intended only for the person(s) or entity/entities to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

************************************

AOL now offers free email to everyone. Find out more about what's free from AOL at http://www.aol.com.

A-19

Tuesday, March 20, 2007 America Online: KDAlvarez

Subj:    **Illegal Suspension of Student with Disabilities**
Date:    3/20/2007 9:51:48 AM Eastern Standard Time
From:    KDAlvarez
To:      Abbey.Hairston@k12.dc.us
CC:      TomoniaL@OD.NIH.GOV, ktotten@childrenslawcenter.org, william.wilhoyte@k12.dc.us, clifford.janey@k12.dc.us

Dear Ms. Hairston:

Attached you will find copies of my correspondence with DCPS officers today, asking that they rescind the suspension, yesterday, of my client Reginald Tomonia. Payne ES yesterday suspended him for 10 days, without convening a manifestation determination meeting or conducting re-evaluations, in violation of the Rehabilitation Act of 1973. Reginald has been suspended for a total of 23 days this year, without benefit of any of the procedural requirements of Federal law.

Last year Reginald was retained in the Fifth Grade, because he had not mastered Fifth Grade coursework, as a consequence of having been suspended illegally by Takoma EC for some 44 days.

My client asks your assistance in resolving this matter today.

Sincerely,


Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

The information transmitted (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is intended only for the person(s) or entity/entities to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited. If you received this in error, please contact the sender and delete the material from any computer.


**********************************
AOL now offers free email to everyone. Find out more about what's free from ACL at http://www.aol.com.


Tuesday, March 20, 2007 America Online: KDAlvarez

A-20

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

**(202) 333-8553**
Telephone

**(202) 333-1546**
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:    Mr. Clifford Janey
       Superintendent
       D.C.P.S.


       Mr. Dennis Homesley
       Principal
       Payne ES


**URGENT ATTENTION REQUESTED**

RE:    Illegal Suspension of Reginald, a Student with Disabilities


Enclosures: Letter to Mr. Janey



DATE: 3/20/ 2007

Number of Pages: 2, including coversheet

# Karen D. Alvarez
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

**(202) 333-8553**
**Telephone**

**(202) 333-1546**
**Telefax**

March 20, 2007

BY FAX
Mr. Clifford Janey
Superintendent
D.C.P.S.
Ninth Floor
825 N. Capitol Street, N.E.
Washington, D.C. 20002

**Re: Reginald Tomonia (DOB 1/03/95) (Payne ES);**
**Suspension in Violation of Section 504 of the**
**Rehabilitation Act of 1973**

Dear Mr. Janey:

Yesterday morning I was informed that my client, Reginald Tomonia, a student with disabilities who attends Payne ES, was suspended for 10 days. Reginald's mother's records show that Reginald has now been suspended, or excluded from school, by DCPS for more than 23 days this school year. At no time has DCPS conducted a manifestation review or re-evaluation of Reginald, in connection with any of those suspensions.

I informed DCPS Staff Attorney S. Gupta that Payne ES had illegally suspended Reginald during a Due Process Hearing held yesterday afternoon. This morning I attempted to speak with Mr. Dennis Homesley concerning this matter and to request that Mr. Homesley rescind his suspension of Reginald. I was informed this morning that Mr. Homesley would not be available at all today and that there is no vice – principal at Payne who might act in his stead.

This is to request that you direct Payne ES to rescind its suspension of Reginald and permit him to return to school immediately. Reginald was retained in Fifth Grade last year, because he had not mastered Fifth grade coursework, as a result of some 44 days of illegal suspensions imposed at Takoma EC. He can not afford to lose any more classroom time.

Ms. Tomonia further requests that you or your staff advise me today of any action that you or Mr. Homesley will take.

Sincerely,

Karen D. Alvarez
Attorney for Ms. Linda Tomonia

CC: Dennis Homesley
    Principal,
    Payne ES

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME : 03/19/2007 07:40
                              NAME : K D ALVAREZ
                              FAX  : 2023331546
                              TEL  : 2023338553
```

| | |
|---|---|
| DATE,TIME | 03/19  07:39 |
| FAX NO./NAME | 6983263 |
| DURATION | 00:00:31 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

### Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

**(202) 333-8553**
Telephone

**(202) 333-1546**
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:    Mr. Clifford Janey
       Superintendent
       D.C.P.S.


       Mr. Dennis Homesley
       Principal
       Payne ES


## <u>URGENT ATTENTION REQUESTED</u>

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME : 03/19/2007 07:37
                                    NAME : K D ALVAREZ
                                    FAX  : 2023331546
                                    TEL  : 2023338553
```

```
DATE,TIME                03/19  07:36
FAX NO./NAME             4425026
DURATION                 00:00:31
PAGE(S)                  02
RESULT                   OK
MODE                     STANDARD
                         ECM
```

## Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:   Mr. Clifford Janey
      Superintendent
      D.C.P.S.


      Mr. Dennis Homesley
      Principal
      Payne ES


## URGENT ATTENTION REQUESTED

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553                                                                                                      (202) 333-1546
Telephone                                                                                                               Telefax

TELEFAX COVERSHEET
NOTICE

---

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

---

TO:    Ms. Nedra Jones
          Counselor
          Payne ES

**<u>URGENT ATTENTION REQUESTED</u>**

RE:    Illegal Suspension of Reginald, a Student with Disabilities

MESSAGE:

      This is to memorialize my telephone message to you of 8:59 a.m., regarding Reginald, in which I asked to speak with you concerning this suspension, and to provide you with a courtesy copy of my letter to Mr. Janey and Mr. Homesley, transmitted at 8:36 this morning. I expect to be in my office until 12:30 and would greatly appreciate it if we might speak before then.

Enclosures: Letter to Mr. Janey

DATE: 3/20/ 2007

# Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

March 20, 2007

BY FAX
Mr. Clifford Janey
Superintendent
D.C.P.S.
Ninth Floor
825 N. Capitol Street, N.E.
Washington, D.C. 20002

Re: Reginald Tomonia (DOB 1/03/95) (Payne ES);
Suspension in Violation of Section 504 of the
Rehabilitation Act of 1973

Dear Mr. Janey:

Yesterday morning I was informed that my client, Reginald Tomonia, a student with disabilities who attends Payne ES, was suspended for 10 days. Reginald's mother's records show that Reginald has now been suspended, or excluded from school, by DCPS for more than 23 days this school year. At no time has DCPS conducted a manifestation review or re-evaluation of Reginald, in connection with any of those suspensions.

I informed DCPS Staff Attorney S. Gupta that Payne ES had illegally suspended Reginald during a Due Process Hearing held yesterday afternoon. This morning I attempted to speak with Mr. Dennis Homesley concerning this matter and to request that Mr. Homesley rescind his suspension of Reginald. I was informed this morning that Mr. Homesley would not be available at all today and that there is no vice – principal at Payne who might act in his stead.

This is to request that you direct Payne ES to rescind its suspension of Reginald and permit him to return to school immediately. Reginald was retained in Fifth Grade last year, because he had not mastered Fifth grade coursework, as a result of some 44 days of illegal suspensions imposed at Takoma EC. He can not afford to lose any more classroom time.

Ms. Tomonia further requests that you or your staff advise me today of any action that you or Mr. Homesley will take.

Sincerely,

Karen D. Alvarez
Attorney for Ms. Linda Tomonia

CC:  Dennis Homesley
     Principal,
     Payne ES

```
TRANSMISSION VERIFICATION REPORT
```

```
                                        TIME : 03/19/2007 08:27
                                        NAME : K D ALVAREZ
                                        FAX  : 2023331546
                                        TEL  : 2023338553
```

```
DATE,TIME            03/19  08:26
FAX NO./NAME         6983263
DURATION             00:00:33
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

**(202) 333-8553**
**Telephone**

**(202) 333-1546**
**Telefax**

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:   Ms. Nedra Jones
      Counselor
      Payne ES

## <u>URGENT ATTENTION REQUESTED</u>

RE:   Illegal Suspension of Reginald, a Student with Disabilities

MESSAGE:

This is to memorialize my telephone message to you...

| Subj: | **Fwd: Illegal Suspension of Student with Disabilities at Payne ES** |
|---|---|
| Date: | 3/20/2007 9:25:01 AM Eastern Standard Time |
| From: | KDAlvarez |
| To: | Jennifer.Finch@k12.dc.us, Timothy. Williams@k12.dc.us |
| CC: | TomoniaL@OD.NIH.GOV, ktotten@childrenslawcenter.org, clifford.janey@k12.dc.us |

Dear Ms. Finch and Mr. Williams:

Ms. Linda Roberts of Mr. Wilhoyte's office, whom I called this morning, tells me that you are School Performance Officers for Region II . I am forwarding to you a copy of my e-mail to Mr.Wilhoyte.

I am requesting that Mr. Wilhoyte direct Payne ES to rescind Reginald's suspension today, for the reasons stated in my email to Mr. Wilhoyte and in my letter to Sueprintendent Janey.


Sincerely,


Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

The information transmitted (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is intended only for the person(s) or entity/entities to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited.  If you received this in error, please contact the sender and delete the material from any computer.



****************************************
AOL now offers free email to everyone. Find out more about what's free from AOL at http://www.aol.com.
-----------------
Forwarded Message:

| Subj: | **Illegal Suspension of Student with Disabilities at Payne ES** |
|---|---|
| Date: | 3/20/2007 9:03:16 AM Eastern Standard Time |
| From: | KDAlvarez |
| To: | william.wilhoyte@k12.dc.us |
| CC: | TomoniaL@OD.NIH.GOV, ktotten@childrenslawcenter.org |

Dear Assistant Superintendent Wilhoyte:

I am writing regarding my client, Reginald Tomonia, a student with disabilities who was suspended by Payne ES yesterday for 10 days.  As a result of that suspension, Reginald will have been suspended for 23 days this school year. At no time has DCPS convened a manifestation meeting or conducted re-evaluations of Reginald in connection with any of those suspensions--- a clear violation of IDEA and of the Rehabilitation Act.

This is to request that you immediately direct Payne ES to rescind that suspension. I am attaching copies of my correspondence of this morning with Superintendent Janey, Principal Homesley and

Counselor Nedra Jones.

My client would greatly appreciate it if you might advise me what action you will take today.

Sincerely,


Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

The information transmitted (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is intended only for the person(s) or entity/entities to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited.  If you received this in error, please contact the sender and delete the material from any computer.


****************************************
AOL now offers free email to everyone. Find out more about what's free from AOL at http://www.aol.com.

Subj:     **Illegal Suspension of Student with Disabilities**
Date:     3/20/2007 9:51:48 AM Eastern Standard Time
From:     KDAlvarez
To:       Abbey.Hairston@k12.dc.us
CC:       TomoniaL@OD.NIH.GOV, ktotten@childrenslawcenter.org, william.wilhoyte@k12.dc.us,
          clifford.janey@k12.dc.us

Dear Ms. Hairston:

Attached you will find copies of my correspondence with DCPS officers today, asking that they rescind the suspension, yesterday, of my client Reginald Tomonia. Payne ES yesterday suspended him for 10 days, without convening a manifestation determination meeting or conducting re-evaluations, in violation of the Rehabilitation Act of 1973.  Reginald has been suspended for a total of 23 days this year, without benefit of any of the procedural requirements of Federal law.

Last year Reginald was retained in the Fifth Grade, because he had not mastered Fifth Grade coursework, as  a consequence of having been suspended illegally by Takoma EC for some 44 days.

My client asks your assistance in resolving this matter today.

Sincerely,


Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

The information transmitted (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is intended only for the person(s) or entity/entities to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited.  If you received this in error, please contact the sender and delete the material from any computer.


****************************************
AOL now offers free email to everyone. Find out more about what's free from AOL at http://www.aol.com.

Subj:     **RE: Illegal Suspension of Student with Disabilities**
Date:     3/20/2007 5:54:08 PM Eastern Standard Time
From:     Abbey.Hairston@k12.dc.us
To:       KDAlvarez@aol.com
CC:       TomoniaL@OD.NIH.GOV, ktotten@childrenslawcenter.org, William.Wilhoyte@k12.dc.us,
          Clifford.Janey@k12.dc.us
*Sent from the Internet (Details)*

Ms. Alvarez – please note that I am just now getting the opportunity to review my e-mails for today. I will review this matter with appropriate staff in my office and someone will address your concerns as soon as possible. Thanks.

*Abbey G. Hairston*
*General Counsel*
*District of Columbia Public Schools*
*825 North Capitol Street, NE*
*Room 9095*
*Washington, D.C. 20002*
*(202) 442 - 5168*

**From:** KDAlvarez@aol.com [mailto:KDAlvarez@aol.com]
**Sent:** Tuesday, March 20, 2007 10:52 AM
**To:** Hairston, Abbey G. (OGC)
**Cc:** TomoniaL@OD.NIH.GOV; ktotten@childrenslawcenter.org; Wilhoyte, William (OASUP); Janey, Clifford (OOS)
**Subject:** Illegal Suspension of Student with Disabilities

Dear Ms. Hairston:

Attached you will find copies of my correspondence with DCPS officers today, asking that they rescind the suspension, yesterday, of my client Reginald Tomonia. Payne ES yesterday suspended him for 10 days, without convening a manifestation determination meeting or conducting re-evaluations, in violation of the Rehabilitation Act of 1973.  Reginald has been suspended for a total of 23 days this year, without benefit of any of the procedural requirements of Federal law.

Last year Reginald was retained in the Fifth Grade, because he had not mastered Fifth Grade coursework, as  a consequence of having been suspended illegally by Takoma EC for some 44 days.

My client asks your assistance in resolving this matter today.

Sincerely,


Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

The information transmitted (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is intended only for the person(s) or entity/entities to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited.  If you

received this in error, please contact the sender and delete the
material from any computer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
AOL now offers free email to everyone. Find out more about what's free from AOL at
http://www.aol.com.

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553                                                    (202) 333-1546
Telephone                                                              Telefax

## TELEFAX COVERSHEET
## NOTICE

---

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

---

TO:     Mr. Dennis Homesley
           Principal
           Payne ES


RE:     Copy of Suspension Notice of 3/19/07; Reginald Tomonia


Enclosures:
   1) Letter;
   2) Order of Magistrate Judge Julie Breslow appointing Karen D. Alvarez
       Educational Advocate and Requiring all D.C. agencies to release information
       concerning Reginald Tomonia to her.


DATE: 3/21/ 2007


Number of Pages: 3 , including coversheet

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553
Telephone

(202) 333-1546
Telefax

March 21, 2007

BY FAX
Mr. Dennis Homesley
Principal,
Payne ES

<u>**Requesting Copy of Notice of Suspension of Reginald Tomonia**</u>
<u>**Pursuant to Order of Magistrate Judge Julie Breslow**</u>

Dear Mr. Homesley:

As you will note from the attached Order of Judge Breslow, I am educational attorney for Reginald Tomonia who was suspended by Payne ES on Monday, March 19, for a period of 10 days.

This is to ask that your staff telefax to me today a copy of the Notice of Suspension issued by Payne ES. Judge Breslow's Order requires that all D.C. agencies release to me any information or documents concerning Reginald that I may request. My request to you for a copy of Payne's Notice of Suspension is made pursuant to that Order.

With regard to my letters and telephone calls to Payne ES yesterday, to which I have received no response, if you or your staff are available today to discuss any of the issues raised, I expect to be in my office most of this morning.

Thank you for your attention to this matter.

Sincerely,

Karen D. Alvarez

CC: Ms. Linda Tomonia
    Kristin Totten-Rinehart, Esq.

ATTACHMENT A

N- 253-06    SF-         N-         SF-
N-           SF-         N-         SF-
N-           SF-         N-         SF-

## COURT ORDERED SERVICES TO THE FAMILY, CARETAKER & CHILD

It is this _19th_ day of _September_ 2006, hereby:

☒ **ORDERED** that the following services be provided to _Reginald Tomonia, Respondent_ :
(Name and Relationship)

### LIST OF SERVICES *(Check, circle or otherwise specify)*

| | | |
|---|---|---|
| ☐ Anger Management Classes | ☐ Interstate Compact (ICPC) | ☐ Mentoring Services |
| ☐ Clothing Assistance | ☐ Independent Living Services | ☐ Parenting Skills Training |
| ☐ Daycare Services | ☐ Individual Therapy | ☐ Referral to Community Collab. |
| ☐ Drug Testing | ☐ Medical Assistance and Referrals | ☐ Residential Treatment Services |
| ☐ Drug Treatment | ☐ - Medical Services | ☐ Respite Services |
| ☐ Domestic Violence Counseling /Srvcs | ☐ - Physical Evaluation | ☐ Reunification Support Services |
| ☒ Educational Services | ☐ - Mental Health Evaluation | ☐ Sibling Visitation |
| ☐ - Educational Advocate | ☐ - Medical Treatment | ☐ Special Education Services |
| ☐ - GED Preparation | ☐ Mental Health Treatment | ☐ - DCPS |
| ☐ - IEP | ☐ - Attachment Study | ☐ - Other |
| ☐ - Special Education | ☐ - Bonding Study | ☐ Specialized Medical Services |
| ☐ - Tutor | ☐ - Emergency Psychiatric | ☐ Transportation Assistance |
| ☐ Emergency Assistance | ☐ - Family Therapy | ☐ Victims' Compensation Program |
| ☐ Families Together | ☐ - Group Therapy | ☐ Visitation Coordination |
| ☐ Food Vouchers | ☐ - Individual Therapy | ☐ Developmental Exam |
| ☐ Furniture Assistance | ☐ - Neuro-psychological | ☐ Other: _____ |
| ☐ Homemaker Services | ☐ - Psychiatric | ☐ _____ |
| ☐ Housing Assistance | ☐ - Psycho Educational | ☐ _____ |
| ☐ Housing Certification Assistance | ☐ - Psychological | ☐ _____ |
| | ☐ - Sexual Assault | ☐ _____ |

The following conditions shall apply to the delivery of services:

Drug Testing shall begin:

(1) Spot test today. If results are negative, then no further testing is required. However, if today's test is positive for narcotics, then the above must do weekly testing, beginning on _____ until further order of this Court;

(2) Begin today and continue weekly/until tested consecutively for _____ weeks/tests. - **OR** – First test shall occur on _____ and occur next on [the following date(s)]: _____

If all tests are negative, after the _____ test, the above named can discontinue testing. If however, any test is positive, or if the above named misses any test(s), s/he shall continue to test weekly until further of this Court.

• Individual/family/group therapy referral shall be made no later than _____, shall include _____ and shall begin no later than: _____

• Mentoring referral shall be made no later than _____ and shall begin no later than: _____

• Evaluation(s) packet shall be submitted no later than _____ and shall be conducted by _____, Evaluator shall also conduct additional tests/evaluations as deemed appropriate/necessary. Evaluator shall answer the following questions:

_The educational advocate, Karen Alvarez, and the Mother, Linda Tomonia are entitled to obtain educational records for Reginald Tomonia from DCPS. Mother's access to Reginald's educational records, information, and meetings should not be restricted. Mother, Linda Tomonia, retains all of her parental rights including the right to fully participate in Reginald's education._

___9-19-06___
**DATE**

_[signature]_
**MAGISTRATE JUDGE JULIE R. BRESLOW**

Attachment A                                                    08/28/06

```
TRANSMISSION VERIFICATION REPORT

                                    TIME : 03/20/2007 08:47
                                    NAME : K D ALVAREZ
                                    FAX  : 2023331546
                                    TEL  : 2023338553
```

```
DATE,TIME          03/20  08:46
FAX NO./NAME       6983263
DURATION           00:00:52
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

**(202) 333-8553**
**Telephone**

**(202) 333-1546**
**Telefax**

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:   Mr. Dennis Homesley
      Principal
      Payne ES

RE:   Copy of Suspension Notice of 3/19/07; Reginald Tomonia

Enclosures:
1) Letter;
2) Order of Magistrate Judge Julie Breslow appointing Karen D. Alvarez Educational Advocate and Requiring all D.C. agencies to release information concerning Reginald Tomonia to her.

| | |
|---|---|
| Subj: | **Suspension of Reginald Tomonia** |
| Date: | 3/27/2007 2:45:47 PM Eastern Standard Time |
| From: | TomoniaL@OD.NIH.GOV |
| To: | Dennis.Homesley@k12.dc.us |
| CC: | KDAlvarez@aol.com |
| *Sent from the Internet (Details)* | |

Mr. Homesley, Principal
Payne Elementary

Mr. Homesley:  I am Linda Tomonia, the biological mother of Reginald Lee Tomonia (DOB 01/03/95), a recently enrolled student at Payne Elementary.  I along with Karen Alvarez, Attorney/Educational Advocate for the Reginald, received information while attending the Due Process Hearing w/DCPS regarding Reginald.  I was appalled as well as disappointed to hear that Reginald was again suspended from a public school (Payne Elementary) for 10 days (03/19-03-30) to return after spring break.  Attorney Alvarez has repeatedly requested in writing asking that you rescind the suspension to no avail.   I phoned you the week of Mar 19th and left a voice message, but got no response. I phone you 03/20, 21, 23 (called 3 times on the 23rd). On Friday 03/23, I spoke with Ms. Campbell extensively and requested to speak with you, but was told your daughter was getting married and you may return on Mon 03/26 although she was uncertain.  I awaited your call on yesterday but have not heard anything from you.  At this point, based on my attorney's demand that Reginald is reinstated immediately to Payne; I am also requesting that action be taken immediately and I am available via email.   Thanks

Linda Tomonia