IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| LINDA TOMONIA, et al, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Civ.Action No 7-CV-0882(JR) |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| ……………………………………………) | | |

### NOTICE OF FILING

Plaintiffs file herewith Exhibits VIII-A; XII-A  through XII-G; and XIV- A through XIV-E.

Respectfully submitted,


Karen D. Alvarez
D.C. Bar No. 423186
1442 Foxhall Rd, N.W.
Washington, D.C. 20007
(202) 333-8553
202-333-1546(Fax)

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:    Mr. Clifford Janey
       Superintendent
       D.C.P.S.


       Abby Hairston
       General Counsel
       DCPS


## URGENT ATTENTION REQUESTED

RE:    DCPS Policy Denying Disabled Students Due Process Rights Required under Federal Law


Enclosures: Letter to Mr. Janey; Letter to Ms. Hairston



DATE: 3/20/ 2007

Number of Pages: 3, including coversheet

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553
Telephone

(202) 333-1546
Telefax

March 20, 2007

BY FAX and BY MAIL
Mr. Clifford Janey
Superintendent
D.C.P.S.
Ninth Floor
825 N. Capitol Street, N.E.
Washington, D.C. 20002

Re: Section 504 of the Rehabilitation Act of 1973;
D.C.P.S.: Student Hearing Office Jurisdiction

Dear Mr. Janey:

Yesterday afternoon, in the course of a Due Process Hearing before the Student Hearing Office, a DCPS Staff Attorney took the position that the Student Hearing Office does not have jurisdiction over claims and actions arising under Section 504 of the Rehabilitation Act, 29 U.S.C. 794. This is to advise you that the position taken by the Office of the General Counsel (OGC) at the hearing yesterday violates the rights of all students who are covered by the Rehabilitation Act because they: who are entitled, by federal law, to a due process hearing.

Historically, the DCPS Student Hearing Office has exercised jurisdiction over such claims. It has done so because regulations implementing the Rehabilitation Act, promulgated at 34 C.F.R. 104.36, expressly require DCPS to provide students receiving services under Section 504 with the due process procedures that are provided students under Section 615 of IDEA, 20 U.S.C. 1415..

This is to ask that you immediately instruct the Office of General Counsel to withdraw its motion to dismiss for want of jurisdiction over Section 504 claims, the due process complaint of my client Reginald Tomonia. If OGC's motion is not withdrawn forthwith, my client will understand that it is the policy of the D.C. Public Schools to deny students their rights to due process under Section 504.

Sincerely,

Karen D. Alvarez
Attorney for Ms. Linda Tomonia

CC: Abbey Hairston, Esq.,
    General Counsel,
    DCPS

```
                  TRANSMISSION VERIFICATION REPORT

                                        TIME  : 03/19/2007 06:27
                                        NAME  : K D ALVAREZ
                                        FAX   : 2023331546
                                        TEL   : 2023338553
```

```
        DATE,TIME                 03/19  06:27
        FAX NO./NAME              4425097
        DURATION                  00:00:48
        PAGE(S)                   03
        RESULT                    OK
        MODE                      STANDARD
                                  ECM
```

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553                                      (202) 333-1546
Telephone                                                Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal
materials. They are intended exclusively for the person to whom
this is addressed. Any distribution, copying or other use is strictly
prohibited.

TO:   Mr. Clifford Janey
      Superintendent
      D.C.P.S.


      Abby Hairston
      General Counsel
      DCPS

## URGENT ATTENTION REQUESTED

RE:   DCPS Policy Denying Disabled Students Due Pro...  ...

```
              TRANSMISSION VERIFICATION REPORT

                                        TIME : 03/19/2007 06:45
                                        NAME : K D ALVAREZ
                                        FAX  : 2023331546
                                        TEL  : 2023338553
```

```
     DATE,TIME              03/19  06:45
     FAX NO./NAME           4425026
     DURATION               00:00:46
     PAGE(S)                03
     RESULT                 OK
     MODE                   STANDARD
                            ECM
```

### Karen D. Alvarez
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

**(202) 333-8553**
Telephone

**(202) 333-1546**
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:    Mr. Clifford Janey
       Superintendent
       D.C.P.S.


       Abby Hairston
       General Counsel
       DCPS


## <u>URGENT ATTENTION REQUESTED</u>

RE:    DCPS Policy Denying Disabled Students Due Process Right...

# FAX



## Anita J. Turner Elementary
## 3264 Stanton Road S.E.
## Washington, D.C. 20020

To: _Karen D. Alvarez_    Fax no.: _202-333-1546_

Date: _2/9/07_

Time: _3:30 PM_

From: _Linda Colson_    Office Number: _202-698-1155_

Number of pages: _____

RE: Progress report and lesson plans for Reginald Tomonia. Also find attached suspension form for this week.

# office(202)698-1155    fax:(202)698-1166



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## NOTICE OF STUDENT DISCIPLINARY ACTION

### SUSPENSION LEVEL I

School _Anita J. Turner_

Telephone _(202) 698-1155_

Signature of Principal _Marcus S Parker_

Date of Delivery _25 February 07_

[ ] Certified Mail
[ ] Hand Delivery

Student _Reginal Tononia_    Date of Birth _1-3-95_

Student's Grade _5_    Male [ ] Female [ ]    Ethnicity Code _B_

Sp. Ed. Student: Yes [ ] No [X]    Disability Code _____    LRE/Educational Setting _____

Parent/Guardian _Carolyn Curtis_

Address _3012 Stanton Rd SE #103_

Home Telephone _(202) 889-2040_    Work Telephone _____

Dear _Ms Curtis_
_Name of Parent/Guardian_

  **Please be advised that pursuant to the Rules of the Board of Education, Section 2500, your son/daughter is being disciplined for violating the following section(s) of the Board Rules;**

_2500. 8_

Brief description of incident:

_Fighting, running halls, refusal to go to class_

(State each section individually)

*Reginald Brown*
*Name of Student*

I am notifying you, in accordance with Board Rule Section 2405.1, that
_Reginald Tamanca_ is to be suspended for _2_ days, from _2/6_
Name of Student(s)
through _2/9_

[ ] A conference was held on _2-5-07_ with _Carolyn Curtis via phone_
                               Date              Name of Student

[ ] A conference has been scheduled on _____ at _____ in the school
                                        Date       Time
office.

Contact _____ on _____ to confirm attendance
        (Name of Contact Person)  (Telephone Number)

## CHECK WHERE APPROPRIATE

[ ]  **During this disciplinary time period the student must report to this school for in school suspension.**

[ ] **During this disciplinary time period the student must report to the following alternative educational placement:** _____ , located at _____
The telephone number is _____

[ ] **Because of the seriousness of the offense and potential harm to your child and others, I am initiating a home suspension in accordance with the Board Rules. During this disciplinary time period, the student shall be placed on home suspension for _7_ days. An educational packet will be provided to the student. This office will provide further instructional information. If your child does not receive this information within (4) school days of receipt of this notice, please call:**

_Marcia S Paul_                 _302 698 1155_
Name                            Telephone Number

**This suspension will not be made a part of the student's permanent record. The principal has informed the Student Hearing Office of this suspension.**

**A copy of Chapter 25 of the Board Rules is attached.**

TRANSMISSION VERIFICATION REPORT

```
                              TIME : 02/06/2007 08:59
                              NAME :
                              FAX  :
                              TEL  :
```

```
DATE,TIME              02/06  08:59
FAX NO./NAME           92023331546
DURATION               00:00:00
PAGE(S)                00
RESULT                 BUSY
MODE                   STANDARD
```

BUSY: BUSY/NO RESPONSE

# FAX



## Anita J. Turner Elementary
## 3264 Stanton Road S.E.
## Washington, D.C. 20020

To: _Karen D. Alvarez_    Fax no.: _202-333-1546_

Date: _2/9/07_

Time: _3:30 PM_

From: _L. R. Coles_    Office Number: _202-698-1155_

Number of pages: _____

_RE: Progress report and lesson plans_

Reginald Tomonia Weekly reflections 02/09/07

This week for Reginald was not a successful one. Reginald started the week off by having an altercation with another student. Reginald was suspended for a few days. I carried his books to his house and left assigned work for him to do while he was not in school. When Reginald returned to school, he did not turn in any of the work that was given to him to do at home, nor did he return his books. I told him that the work and books must be returned so that it can be corrected and graded. Reginald spent time in Mr. Haddad's room on Thursday. Mr. Haddad wrote Reginald assignments down for him to do the work; Reginald did not do or turn in any of the work. He also spent some time in the office with Ms. Parker on Thursday. Reginald came to class Friday morning, and was dismissed Friday morning around 9:40 am. I have not received any work from Reginald this week.

# *PROGRESS REPORT*

**Student's Name** Reginald Tomonia    **DATE** 2/9/07
    **Grade** 5th

| RUBRIC | (Does most of the time) Good | (Does half the time) *Needs Improvement* | (Does little or not at all) *Unsatisfactory* |
|---|---|---|---|
| Stays focused in class | ___ | ___ | X |
| Brings materials to class | ___ | ___ | X |
| Completes assigned work | ___ | ___ | X |
| Follows Directions | ___ | X | ___ |
| Requests help when needed | ___ | X | ___ |
| Motivated to learn | ___ | ___ | X |
| Uses class time well | ___ | ___ | X |
| Study habits | ___ | ___ | X |
| Follows school rules | ___ | ___ | X |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | X |
| *Academic progress this week* | ___ | ___ | |
| Number of reading assignments given this week | 5 | | |
| Number of reading assignments completed this week | 0 | | |
| Number of math assignments given this week | 5 | | |
| Number of math assignments completed this week | 0 | | |
| Number of homework assignments given this week | What was sent home during Suspension | | |
| Number of homework assignments completed this week | 0 | | |

**Comments** See attached Review sheet (Books not returned)
_____

**Teacher's Signature** _Ida D. Daniels_

**Parent or Guardian's Signature**_____ **Date signed**_____

# WEEKLY LESSON PLAN
## WEEK OF 02/05-02/09

| DAY | READING | WRITING | MATH | SOCIAL STUDIES |
|-----|---------|---------|------|----------------|
| Monday | Students will listen to teacher read-aloud and define vocabulary words. bartering, caravans, entourage, flourishing, goods, oasis, primary, vicinity ⭕ | Students will use the writing process to write a comparison and contrast paragraph on the Royal Kingdoms of Africa (Prewriting, Fishbone, Diagram, outline) ⭕ | Students will review how to rename improper fractions and mixed number 1-10 ⭕ | Students will compare and contrast New African Kingdoms of the south Sahara. Define vocabulary pg. 449. Reread lesson 1 pg 449-454 ⭕ |
| Tuesday | Students will read the selection The Royal Kingdoms of Mali, Ghana Songhay pg 410-423 Respond pg 424 1-7 ⭕ | Students will write their rough draft of their paragraph ⭕ | Students will determine if fractions are closer to 0, ½, or 1 by using a fraction line problems 1-15 (Pg 20 lesson 4-1) ⭕ | Students will evaluate why Spain created an empire in the Americas and to summarize how the French and Native Americans interacted. Focus: What happens when different cultures come in contact? Define vocabulary pg. 455 Read selection pg. 455-459 ⭕ |
| Wednesday | Students will reread selection 410-423 Work book pgs 38,39,40 ⭕ | Students will edit copies of their rough draft to set up for correction. (Groups will do classroom ⭕ | Students will find the least common multiple of each pair of numbers ⭕ | Students will complete lesson review for lesson 2 pg 459 1-4 ⭕ |

✶ = Work that was completed

⭕ = work not completed

| | | editing) | given 1-10 ( pg 21 Lesson 4-3) | |
|---|---|---|---|---|
| **Thursday** | Students will read the social studies link pgs 426-427 Students will create a problem and solution guide to compare and contrast the three king-doms | Students will proofread edit copies of the rough draft before final copy is written | Students will compare fractions with like denominators and fractions with unlike denominators to determine the value of the fraction Pg 22 lesson 4-5, 4-6 | Students will read and review lesson 2 Pg. 455-459 Discuss blue review questions pgs 455-459 Create a map of the local areas the civilization started in the Americas |
| **Friday** | Students will reread the story for fluency and complete responding activities pg 424-425 Complete work book pages 41,42 | Students will publish their final copies to read before the class | Students will order fraction and mixed numbers from least to greatest Pg 183-184 (Work book Pg 24 lesson 4-9,4-10) | |

Parents please sign each assignment that your child has completed.

# F A X



## Anita J. Turner Elementary
## 3264 Stanton Road S.E.
## Washington, D.C. 20020

To: _Ms. Alvarez_    Fax no.: _202 333-1546_

Date: _3/12/07_

Time: _1:10 pm—_

From: _Marion Sparks_    Office Number: _202 698-1155_

Number of pages: _____

_Copies given to Ms. Curtis and_

_Social Worker_

## office(202)698-1155   fax:(202)698-1166



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## NOTICE OF STUDENT DISCIPLINARY ACTION

### SUSPENSION LEVEL I

School _Turner E.S._
Telephone _2/698-1155_

_Marcus Stark_
Signature of Principal
Date of Delivery _2/12/07_
[ ] Certified Mail
[X] Hand Delivery

Student _Reginald Somonia_    Date of Birth _1-3-95_

Student's Grade _5_    Male [X] Female [ ]    Ethnicity Code _B/K_

Sp. Ed. Student: Yes [ ] No [X]    Disability Code _____    LRE/Educational Setting _____

Parent/Guardian _Carolyn Curtis_

Address _3077 Stanton Rd. S.E. #303_

Home Telephone _889-2040_    Work Telephone _____

Dear _Ms. Curtis_
Name of Parent/Guardian

Please be advised that pursuant to the Rules of the Board of Education, Section 2500, your son/daughter is being disciplined for violating the following section(s) of the Board Rules;

_2504.1_
_Possession of gun (toy) on school property_

Brief description of incident: _Reginald brought a (toy) gun into the school_

(State each section individually)

Page 1 of 1
SHO 101
August 2000

*Reynald Johnson*
Name of Student

I am notifying you, in accordance with Board **Rule** Section 2505.3, that
*Reggie* _____ is to be suspended for _4_ days, from _2/19/07_
(Name of Student)
through _2/16/07_ _____ *He will return on 2/19/07*

[X] A conference was held on _2/13/07_ with *Social Worker*
                                Date              Name of Student                , in the school
[ ] A conference has been scheduled on _____ at _____
                                        Date        Time

office.

Contact _Mrs. Parker_ on _698-1155_ to confirm attendance.
        (Name of Contact Person)    (Telephone Number)

## CHECK WHERE APPROPRIATE

[ ] During this disciplinary time period the student must report to this school for in school
suspension.

[X] During this disciplinary time period the student must report to the following alternative
educational placement: _Prospect_ _____, located at _3077 Stanton_
_Rd. S.E #308  W. D.C. 20020_
The telephone number is _____.

[ ] Because of the seriousness of the offense and potential harm to your child and others, I am
initiating a home suspension in accordance with the Board **Rules**. During this disciplinary time
period, the student shall be placed on home suspension for _____ days. An educational packet
will be provided to the student. This office will provide further instructional information. If
your child does not receive this information within (4) school days of receipt of this notice,
please call:

_Maria Parker_ _____                    _202 698-1155_
        Name                                      Telephone Number

        This suspension will not be made a part of the student's permanent record. The
principal has informed the Student Hearing Office of this suspension.

        A copy of Chapter 25 of the Board **Rules** is attached.

:202 6983263                              # 1/ 2

# District of Columbia Public Schools

Daniel A. Payne Elementary School
305 15th Street, S.E.
Washington, D.C. 20003
Phone # (202) 698-3262  Fax # (202) 698-3263
Dennis G. Homesley, Principal

## FAX TRANSMISSION COVER SHEET

DATE: 3/22/07

Fax to  Ms. Karen D. Alvarez

Name of Agency/Division  Attorney At Law

Fax # 202-333-1546    Phone # 202-333-8553

From  Dennis G. Homesley

Subject  Reginald Temonia

Comments  Thank You

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET  2

> If you do not receive the number of pages indicated
> please call (202) 698-3262 immediately.



# Daniel A. Payne Elementary School

**305 15th Street SE**
**Washington, DC 20003**
**Phone: 202-698-3262  Fax: 202-698-3263**
**Dennis G. Homesley, Principal**

March 22, 2007

BY FAX
Ms. Karen D. Alvarez
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

Re: Reginald Tomonia (DOB 1/03/95) (Payne ES)

Dear Ms. Alvarez:

Please be advised I am in receipt of two letters signed by you addressing the suspension of Reginald Tomonia.

You may contact Dr. Diane Powell, Assistant Superintendent for Student Services 202-442-5200, for further information regarding Reginald's suspension from Payne Elementary. The second letter requesting a copy of the above mentioned suspension did not include a copy of the judges' actual order authorizing you to receive confidential student's records. Strict guidelines govern the release of student records to anyone not producing legal authorization.

If you have any other questions, comments or concerns I can be contacted by phone 202- 698-3262, fax 202-698-3263 or email dennis.homesley@k12.dc.us .

Sincerely,

Dennis D. Homesley
Principal

Cc. Dr. Clifford Janey, Superintendent
    Dr. William Wilhoyte, Assistant Superintendent
    Dr. Diane Powell, Assistant Superintendent for Student Services

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553
Telephone

(202) 333-1546
Telefax

June 4, 2007

BY FAX
Mr. Dennis Homesley
Principal,
Payne ES

Re: Exclusion of Reginald Tomonia from School on 5/31/07 and 6/1/07

Dear Mr. Homesley:

I am informed that Payne ES excluded Reginald Tomonia, a student with disabilities, from school on May 31, 2007. On that date Payne ES telephoned Reginald's foster parents and required them to remove Reginald from school. I also am informed that Payne excluded Reginald again on June 1, 2007. On the latter date, Payne ES called the Metropolitan Police Department to the school, had Reginald arrested and removed from the premises.

Pursuant to Judge Breslow's Order of September 19, 2006, this is to request that you provide me with copies of all incident reports, notices and other documents in Reginald's educational records concerning these two exclusions.

This also is to bring it to your attention, once again, that I have not received copies of the records that your staff agreed, at the Dispute Resolution Meeting of May 7, 2007, to telefax to me. You will recall that I wrote you on May 15 and May 21, 2007, requesting your assistance in obtaining them.

Sincerely,

Karen D. Alvarez

CC:    Clifford Janey, Ph.D., Superintendent
       William Wilhoyte, Assistant Superintendent
       Diane Powell, Ph.D., Assistant Superintendent

TRANSMISSION VERIFICATION REPORT

```
                                        TIME  :  06/03/2007 16:32
                                        NAME  :  K D ALVAREZ
                                        FAX   :  2023331546
                                        TEL   :  2023338553
```

```
DATE,TIME          06/03  16:31
FAX NO./NAME       6983263
DURATION           00:00:21
PAGE(S)            01
RESULT             OK
MODE               STANDARD
                   ECM
```

## Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553                              (202) 333-1546
Telephone                                      Telefax

June 4, 2007

BY FAX
Mr. Dennis Homesley
Principal,
Payne ES

Re: Exclusion of Reginald Tomonia from School on 5/31/07 and 6/1/07

Dear Mr. Homesley:

I am informed that Payne ES excluded Reginald Tomonia, a student with disabilities, from school on May 31, 2007. On that date Payne ES telephoned Reginald's foster parents and required them to remove Reginald from school. I also am informed that Payne excluded Reginald again on June 1, 2007. On the latter date, Payne ES called the Metropolitan Police Department to the school, had Reginald arrested and removed from the premises.

Pursuant to Judge Breslow's Order of September 19, 2006, this is to request that you provide me with copies of all incident reports, notices and other documents in Reginald's educational records concerning these two exclusions.

This also is to bring it to your attention, once again, that I have not received copies of the records that your staff agreed, at the Dispute Resolution Meeting of May 7, 2007, to

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

**FAMILY COURT**

Family Court

**ENTERED ON DOCKET**

SEP 1 9 2006

Superior Court
of the District of Columbia
Washington, D.C.

In the Matter(s) of:

Reginald Tomonia
(Child's Name)

Case No. 253-06
Social File No. 06 JSF 676
Date of Birth 1/3/95

Review of Disposition Hearing

Next Hearing Date: _November 3, 2006 2:00pm 3:00pm_

**MAGISTRATE JUDGE JULIE BRESLOW**

**REVIEW OF DISPOSITION HEARING ORDER**

This matter came before the Court on the 19th day of September 2006. The following are the interested parties. (Individuals in attendance are marked in box to the left of the name.)

**INTERESTED PARTIES**

- ☐ Reginald Tomonia, Respondent
- ☒ Linda Tomonia, Mother
- ☐ Reginald White, Father(Deceased)
- ☒ Jennifer Johnson, AAG, Chaimetra Parker s/i
- ☐ Rebecca Henricks, SW
- ☐ Claire Ray, GAL
- ☒ _Kristin Rashaut Tohan_ (s/i _A?L_)
- ☒ _Christine Smith_ (s/i _D&? Supervisor_)
- ☐
- ☒ The order of this court, dated May 18, 2006, remains in effect and is incorporated by reference herein, except as specified below.

_____
_____
_____

**FINDINGS OF FACT**

☒ **Predisposition Report**

- ☒ A Review report was filed on the 15th day of September 2006 by the agency with case responsibility pursuant to D.C. Code §16-2319, 16-2107 and SCR-Neg. 20 and was considered by the Court.
- ☐ A predisposition report was not filed by the agency, but shall be filed by on the _____ day of _____ 200_.
- ☐ The Court hereby adopts and incorporates the Agency's Predisposition Report into the record.

☒ **Agency Case Plan**
☒ The agency case plan was filed on the 15th day of September, 2006.
☐ A case plan was not filed by the agency, but shall be filed by the _____ day of _____, 200__.
☐ The Court hereby adopts and incorporates the Agency's Case Plan into the record.
☒ A Stipulation was entered into between the parties and accepted by the Court on the 10th day of July 2006, and is incorporated herein by reference.
☐ Findings of Fact were filed by the Court on the _____ day of _____, 200__, and are incorporated herein by reference.

## BIRTH FAMILY INFORMATION

☒ **Birth Mother**
☒ Name Linda Tomonia
☒ Date Of Birth _4/21/55_
☐ Date Of Death ___/___/___
☒ Current Address: 6817 Georgia Ave., N.W. #421, Washington, D.C. 20012
☐ Last Known Address _____

☒ **Birth Father**
☒ Name Reginald White
☒ Date Of Birth _3/29/52_
☒ Date Of Death _3/9/06_
☐ Current Address: _____
☐ Last Known Address: unknown
☐ Whereabouts Unknown
The Agency's **Diligent Search** Unit shall initiate a search for the birth father and file an affidavit by the _____ day of _____, 200__ regarding efforts to locate him.

☐ An Affidavit of Denial of Knowledge of Paternity has been received from: _____
☐ An Affidavit of Denial of Paternity has been received from: _____
☐ A Paternity Test has been ordered:
    For Whom: _____
    Date of Test: ___/___/___
☐ Since the identity of the birth father remains at issue, the birth mother shall appear before this Court at the next hearing to address the issue and her failure to appear may result in her arrest.

## THE RESPONDENT(S) STATUS

### SAFETY OF THE CHILD AND CONTRARY TO WELFARE FINDING

☒ **The Child(ren) is/are placed as follows:**

☐ **The Court has determined that the Child(ren) May Remain At Home:**

☐ The child(ren) were not removed from the home because it is safe for the child(ren) to remain at home, thus, the child(ren) has/have been **Conditionally Released** to the parent.

### OR

☐ The child was removed from the home on ____ / ____ / ____ but it was safe for the child to return home under Conditional release on the _____ day of _____, _____, in that: _____

_____
_____
_____

☒ **The Court has determined that the Child(ren) Cannot Safely Remain At Home:**
☒ The children were removed from the home on the 15th day of May 2006 and was placed:
  ☐ **In Shelter Care with a relative**
  Name & relationship:
  Address:
  ☒ **In Shelter Care/Foster Care/Group Home with a non-relative:**
  ☐ **In Conditional Release with a relative**
  Name & relationship:
  Address:
  ☐ **In Conditional Release with a non-relative**

### AND

☒ **The Court has determined that the child(ren) cannot safely remain in the home for the following reasons:**

☐ Abusive or threatening conduct toward the child(ren) in that:
_____
_____
_____

☐ Unexplained illness or injury in that:
_____
_____
_____

☐ Mental or physical impairment of the parent in that:

In evaluating the harm that may result from placement out of the home, the Court has considered:

☒ Other:
Mother is unable to manage child's mental health issues.

☒ The child(ren)'s attitude/adjustment toward out of the home placement.
☒ The child(ren)'s bond with the parent(s)/guardian(s)/custodian(s).
☒ The disruption to the child(ren)'s school and social relationships.

**THEREFORE,** it is the finding of this Court that it would be Contrary to the Welfare of the Child to return home.

## EFFORTS/SERVICES TO RETURN HOME AND REASONABLE EFFORTS FINDING

☒ The agency has made the following efforts to make it possible for the child to return safely to the home (specify in detail):

In-home services and therapeutic services provided.

☐ Due to incarceration or extraordinary circumstance(s) which include:

the agency has been unable to provide services to the:

☐ Birth Mother
☐ Birth Father (Deceased),

**THEREFORE,** the fact that no reasonable efforts were made is hereby deemed reasonable.

Based upon the evidence presented at the hearing, the Court finds that the agency

☒ Has
☐ Has Not
made reasonable efforts to make it possible for the child to return safely to the home.

☐ ORDERED that services shall be provided to the parent(s)/guardian(s)/custodian(s) to facilitate a return home.

**OR**

☐ No Reasonable Efforts Required
The Government has presented evidence in support of a finding that no reasonable efforts are required to reunify the Respondent and his birth parent(s). The Court further finds that the child's removal is necessary, regardless of any services that could be provided to the child or his/her family. Moreover, continuation of the child in the home would be contrary to the welfare of the child because:

Disposition                                    4                                    09/18/06

☐ Birth Mother
☐ Birth Father
☐ Other
   ☐ Subjected a sibling of the child, or another child to cruelty, abandonment, torture, chronic abuse or sexual abuse;
   ☐ Committed the murder or voluntary manslaughter of a sibling of a child who is the subject of the petition, or another child;
   ☐ Aided, abetted, attempted, conspired or solicited to commit the murder or voluntary manslaughter of a sibling of a child who is the subject of the petition, or another child; or
   ☐ Committed an assault that constitutes a felony against the child who is the subject of a petition, a sibling of such a child or another child;

OR

☐ Parental rights were involuntarily terminated through a Motion to Terminate Parental Rights or through the waiver of consent in an adoption on the _____ day of _____, 200__.

_____
(Name of Court)

OR

☐ The child(ren) have been abandoned by the birth parent in that:

_____
_____
_____

☐ **THEREFORE, it is hereby ORDERED** that the agency does not have to make reasonable efforts to reunify the child with the family.

## DISPOSITION & PLACEMENT ORDER

☒ The Court adopts the agency's disposition recommendation:  Reunification with Mother

OR

☐ The Court ordered disposition differs from that recommended by the agency for the following reasons:

_____
_____
_____
_____

☒ The estimated timeframe to accomplish the stated goal is:  7/25/07

_____
_____

_____

**PLACEMENT**

☒ **ORDERED** that the child shall be placed in:

☐ **PROTECTIVE SUPERVISION** (See Attachment B)

☐ **ORDERED** that the children,                              shall be placed under the
**PROTECTIVE SUPERVISION** of,                              and the following conditions or
restrictions shall apply:

_____
_____
_____
_____
_____

☐ **PRIVATE PLACEMENT** (not foster home) (See Attachment C)
☐ **ORDERED** that the child, Aidajah Brown, Raquiel Dunbar, and Tykira Dunbar shall be placed in
the home of Takisha Evans as a **PRIVATE PLACEMENT** and the following conditions or restrictions
shall apply:

_____
_____
_____
_____
_____

☒ **COMMITMENT**

☒ **ORDERED** that the child, Reginald Tomonia, shall be **COMMITTED** to the care of
**The Child and Family Services Agency**, for a period not to exceed two (2) years and the
following conditions or restrictions shall apply:

_____
_____
_____
_____
_____

☐ **MEDICAL, PSYCHIATRIC, OR TREATMENT FACILITY, pursuant to**
☐ § 16-2315
☐ § 16-2320(a)(4)
**ORDERED** that the child,                              shall be placed in a **FACILITY**
(recommended by CFSA) for treatment of: _____

## ORDER OF COURT

☒ **DISPOSITION GOALS:** (Concurrent goals may be set until the first permanency hearing.)

☒ Reunification with Mother, Linda Tomonia    by 7/10/07

☐ Adoption by _____

☐ Custody with _____

☐ Guardianship

**EXCEPTIONS TO YOUR PERMANENCY GOALS ABOVE:**

☐ Alternative Planned Permanent Living Arrangement with:

    ☐ A Relative

    ☐ Foster Parent

    ☐ Independent Living Program _____

    ☐ Group Home _____

    ☐ Other _____

☐ Reasons for Alternative Planned Permanent Living Arrangement are (specify in detail):

_____

_____

_____

_____

### SERVICES TO THE FAMILY, CARETAKER & CHILD

☒ See Attachment A for Services. There are ___ attachment A's, one for each person to whom services are ordered.

☐ Prior order for services remains in effect except:

    1. _____

    2. _____

    3. _____

### VISITATION

☒ Visitation between child and mother shall be

    ☒ Supervised by CFSA or its designee. Brief unsupervised visits (under 2 hours) are permitted once Ms. Tomonia starts individual therapy.

    ☐ Unsupervised

☐ Visitation between children and Charles Brown shall be

    ☐ Supervised by CFSA or its designee.

    ☐ Unsupervised

☐ Conditions of Visitation

_____

_____

Disposition                    7                    09/18/06

**(Parent(s) must comply with all of conditions. Failure to comply with conditions may result in modification of visitation order.)**

☐ Visitation between ______________________ is **PROHIBITED** for the following reasons ______________________

______________________

**NEXT HEARING DATE**

The Next Scheduled Court Event Will be:

☐ Permanency Hearing
☒ Other Review of Disposition

**Next Hearing Date:** 11 / 3 / 2006
**Time:** 2:00-3:00 a.m./p.m
**Magistrate Judge Julie Breslow**
**Place:** Courtroom 99 of the Main Courthouse at 500 Indiana Ave., NW, Washington, DC 20001

☒ Jurisdiction expires: 7/24/08

9-19-06
**DATE**

**MAGISTRATE JUDGE JULIE BRESLOW**

ATTACHMENT A

N- 25.3-06

| -N- | -SF- | -N- | -SF- |
|---|---|---|---|
| -N- | -SF- | -N- | -SF- |
| -N- | -SF- | -N- | -SF- |

## COURT ORDERED SERVICES TO THE FAMILY, CARETAKER & CHILD

It is this 19th day of September, 2006, hereby:

☒ ORDERED that the following services be provided to Reginald Timonie Respondent
(Name and Relationship)

### LIST OF SERVICES (Check, circle or otherwise specify)

☐ Mentoring Services
☐ Parenting Skills Training
☐ Referral to Community Colab.
☐ Residential Treatment Services
☐ Respite Services
☐ Reunification Support Services
☐ Sibling Visitation
☐ Special Education Services
☐ - DCPS
☐ - Other
☐ Specialized Medical Services
☐ Transportation Assistance
☐ Victims' Compensation Program
☐ Visitation Coordination
☐ Developmental Exam
☐ Other: _____
☐ _____
☐ _____
☐ _____

☐ Interstate Compact (ICPC)
☐ Independent Living Services
☐ Individual Therapy
☐ Medical Assistance and Referrals
☐ Medical Services
☐ Physical Evaluation
☐ Mental Health Evaluation
☐ Medical Treatment
☐ Mental Health Treatment
☐ Attachment Study
☐ Bonding Study
☐ Emergency Psychiatric
☐ Family Therapy
☐ Group Therapy
☐ Individual Therapy
☐ Neuro-psychological
☐ Psychiatric
☐ Psycho Educational
☐ Psychological
☐ - Sexual Assault

☐ Anger Management Classes
☐ Clothing Assistance
☐ Daycare Services
☐ Drug Testing
☐ Drug Treatment
☐ Domestic Violence Counseling /Srvcs
☒ Educational Services
☐ - Educational Advocate
☐ - GED Preparation
☐ - IEP
☐ - Special Education
☐ - Tutor
☐ Emergency Assistance
☐ Families Together
☐ Food Vouchers
☐ Furniture Assistance
☐ Homemaker Services
☐ Housing Assistance
☐ Housing Certification Assistance

The following conditions shall apply to the delivery of services:

**Drug Testing shall begin.**

(1) Spot test today. If results are negative, then no further testing is required. However, if today's test is positive for narcotics, then the above must do weekly testing, beginning on _____ until further order of this Court;

(2) Begin today and continue weekly/until tested consecutively for _____ weeks/tests. - OR - First test shall occur on _____ and occur next on [the following date(s)]:

If all tests are negative, s/he can discontinue testing. However, any test is positive, or if the above named misses any test(s), s/he shall continue to test weekly until further order of this Court.

- Individual/family/group therapy referral shall be made no later than _____ and shall begin no later than: _____ shall include _____

- Mentoring referral shall be made no later than _____ and shall begin no later than: _____

- Evaluation(s) packet shall be submitted no later than _____ and shall be conducted by _____ Evaluator

The [educational] tests/evaluations as deemed appropriate/necessary. Evaluator shall answer the following questions: shall also conduct additional tests/evaluations

*To obtain educational records for Reginald Timonie and the Mother Linda Timonie are entitled to obtain educational records for Reginald Timonie from DCPS. Mother's access to Reginald's educational records information and meetings should not be restricted. Mother, Linda Timonie, retains all of her parental rights including the right to fully participate in Reginald's education.*

DATE 9-19-06

_____
MAGISTRATE JUDGE JULIE R. BRESLOW

*Magistrate Judge* **Breslow**

| Courtroom | | Date |
|---|---|---|
| **HR-99** | | **9/19/06** |

**Sign In Sheet For Neglect Cases**
*Please Print*

**Case Name** **Reginald Tomonia**

| Case # |
|---|
| **N253-06** |

| XRef # |
|---|
| **4228780** |

| | Parties Present | Relationship to the Respondent | Telephone & Email Address | Arrival Time |
|---|---|---|---|---|
| 1 | Charmane L. Parker | JAG | 2/727-8888 charmane.parker@dc.gov | 9:55 |
| 2 | Kishu Pinckney Totten | GAL | 2/ 4u7-4900 ext 570 ktotten@thurmanslaw.org 2/ 4u7-4949 | 9:58 |
| 3 | Rebecca Henricks | SW | 2/727-3452 rebecca.henricks@dc.gov | 10am |
| 4 | Christine Smith | CBLC | 2/467-4900 x580 | 10- |
| 5 | Carol Quimes Power | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

**(202) 333-8553**
**Telephone**

**(202) 333-1546**
**Telefax**

October 31, 2006

BY FAX
Ms. Marcia Parker,
Principal,
Turner ES
202.698-1166

Re: Reginald Tomonia (DOB 1/3/1995); Section 504 Plan Meeting, Nov. 7, 2006

Dear Ms. Parker:

Thank you for your assistance, and that of Ms. Colon, yesterday. Per our decisions at our meeting of yesterday, Mrs. Tomonia and I look forward to meeting on November 7, 2006 at 11:00 a.m. to review and revise the Section 504 Plan created last at SAIL Public Charter School on September 22, 2004. Our review of Reginald's cumulative file showed that it contained no Section 504 Plan and no reference to, or copy of, any of Reginald's prior Section 504 Plans.

As noted in our meeting of yesterday, and as confirmed by Mr. Jesse Winston of CFSA during the telephone call that you placed to him during our meeting, Mrs. Tomonia retains all authority to make decisions with regard to Reginald's educational needs, per the Order of Magistrate Judge Breslow of September 19, 2006. A copy of that Order was provided you yesterday. Mrs. Tomonia is happy to have the assistance of Reginald's foster mother and has no objection, whatsoever, to her foster parent's receiving of notices with regard to Section 504 and related matters. However, please note that , per Judge Breslow's Order, Reginald's foster parent is not his "surrogate parent" for purposes either of Section 504 or other special education matters. Therefore, please be sure to provide notices to me, as Mrs. Tomonia's attorney, of all meetings or matters relating to special education and Section 504 services.

Yesterday you provided me with copies of the contents of the cumulative file that Turner ES received from Takoma EC. We did not review Reginald's current classroom materials. Mrs. Tomonia will wish to review Reginald's classroom portfolio prior to the November 7th meeting. Mrs. Tomonia and I will plan on arriving at Turner ES at 10:30 that day in order to do so.

Per our conversation of yesterday, I am enclosing copies of Reginald's 2004 and 2002 Section 504 Plans

Sincerely,

Karen D. Alvarez

(43)

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 10/30/2006 11:49
                                    NAME  : K D ALVAREZ
                                    FAX   : 2023331546
                                    TEL   : 2023338553
```

```
DATE,TIME              10/30  11:47
FAX NO./NAME           6981166
DURATION               00:02:32
PAGE(S)                08
RESULT                 OK
MODE                   STANDARD
                       ECM
```

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

**(202) 333-8553**                                              **(202) 333-1546**
**Telephone**
**Telefax**

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials.
They are intended exclusively for the person to whom this is addressed. Any
distribution, copying or other use is strictly prohibited.

**TO:**    Ms. Linda Colon
           **Section 504 Coordinator**
           **Turner ES**
           **202.698-1166**

           **Ms. Marcia Parker**
           **Principal**
           **Turner ES**
           **202.698.1166**

**RE:**    **R. Tomonia**

Enclosures:

           Letter
           2004 SAIL PCS Section 504 Plan
           2002 Community Academy PCS Section 504 Plan



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

**Office of Special Education**
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-442-5518
www.k12.dc.us

# CONFIDENTIAL
# REPORT OF PSYCHOLOGICAL EVALUATION

**NAME OF STUDENT:** Reginald Tomonia **SCHOOL:** Turner Elementary School

**BIRTH DATE:** 1/3/95 **DATE OF EVALUATION:** 11/21/06

**CHRONOLOGICAL AGE:** 11 years, 10 months **DATE OF REPORT:** 12/15/06

**ID:** 9209703 **PSYCHOLOGIST:** Leslie A. Arthur, Ph.D.

**GRADE:** 5

## REASON FOR REFERRAL

Reginald is an 11 years, 10 months old male student who is in the fifth-grade at Turner Elementary School. Documents received from the parent's advocate indicate that Reginald was determined eligible for Section 504 services as a child with ADHD in 2002; he presently receives those services at Turner ES. Reginald was referred for a psychological evaluation to assess his current level of cognitive and academic functioning and determine his need for special educational support.

## ASSESSMENT PROCEDURES USED AND INFORMATION SOURCES

Reynolds Intellectual Assessment Scales (RIAS)
Woodcock-Johnson Tests of Achievement—Third Edition (WJIII)
Beery Developmental Test of Visual Motor Integration—Fifth Edition (VMI)
Student Interview
Record Review

## BEHAVIORAL OBSERVATIONS / STUDENT INTERVIEW

Reginald adjusted easily to the examiner and willingly accompanied her to the testing room. Initially, he displayed a slight frown on his face; however, he was cooperative and attended to the various tasks he was presented with throughout the testing session. In a brief interview with Reginald, he shared that he liked math and recess, but he did not like testing. His favorite sports are football and basketball and he likes to play them with his friends. Reginald revealed that when he grows up he wants to be a football player. When asked what he liked best about himself, he responded that he is strong and has big knuckles. Reginald was prompt, yet careful in his

responding and generally persisted with difficult task items. The following test results are believed to represent an accurate description of his cognitive and academic abilities.

2

## ASSESSMENT RESULTS AND INTERPRETATION

### COGNITIVE FUNCTIONING

Reginald was administered the *Reynolds Intellectual Assessment Scales* (RIAS), from which his composite scores are derived. Scores from 90 to 109 are considered within the Average range. The RIAS contains several individual tests of intellectual problem solving and reasoning ability that are combined to form a Verbal Intelligence Index (VIX) and a Nonverbal Intelligence Index (NIX). The VIX and NIX are then combined to form an overall Composite Intelligence Index (CIX), which provides an overall measure of cognitive functioning.

The subtests that compose the VIX assess verbal reasoning ability and require the use of language, knowledge of words and their meanings, and thinking skills. Examples of such verbal items include, "*What rises every morning, heats the earth, and shines brightly in the sky?*" and "*Lead is to pencil as ink is to...?*" Reginald's verbal reasoning abilities as measured by the VIX fall within the Average range of functioning (VIX = 94) and above those of approximately y% of his peers. The chances are good (95%) that his true VIX score is somewhere within the range of 88 to 101.

The NIX comprises subtests that assess nonverbal reasoning and spatial ability and require thinking with pictures and shapes or identifying the part of an object that is missing in a picture. Examples of such nonverbal items include a picture of a coffee cup with the handle missing in which the examinee must identify the part that is missing, and a picture of three squares and a circle in which the examinee must point out which object does not belong with the others. Reginald's nonverbal reasoning abilities as measured by the NIX fall within the Average range of functioning (NIX = 94) and above those of approximately 34% of his peers. The chances are good (95%) that his true NIX score is somewhere within the range of 88 to 101.

Reginald's levels of intelligence in each of the general areas of verbal and nonverbal intelligence are about equally developed. When correct responses are added up across these verbal and nonverbal items, a good estimate of Reginald's overall cognitive functioning is obtained (CIX). On testing with the RIAS, Reginald earned a CIX of 93, which placed his overall thinking and reasoning abilities within the Average range and above those of 32% of his peers. The chances are good (95%) that his true CIX score is somewhere within the range of 88 to 99.

The RIAS also contains subtests designed to assess verbal memory and nonverbal memory. These subtests assess an individual's ability to store and recall words, sentences, stories, and objects. The scores from the verbal memory and nonverbal memory subtests are combined to form a Composite Memory Index (CMX), which provides an assessment of working memory. Reginald earned a CMX of 102, which falls within the Average range and above those of approximately 55% of his peers. The chances are good (95%) that his true CMX score is somewhere within the range of 96 to 108. Within the subtests making up the CMX, Reginald's performance was substantially equivalent on verbal and nonverbal memory tasks. This suit

indicates that Reginald functions about equally well when called upon to engage in recall or use working memory functions in either the verbal or nonverbal domain.

ACADEMIC FUNCTIONING

Reginald was administered the *Woodcock-Johnson Tests of Achievement, Third Edition* (WJIII), which provides measures of his academic achievement. Scores from 90 to 110 are considered within the Average range.

Reading

The Broad Reading Cluster provides a comprehensive measure of reading achievement, including word identification, reading speed, and reading comprehension. Reginald earned a Standard Score (SS) of 97, which placed his skills within the Average range of functioning when compared to others at his grade level. Reginald's overall reading ability is comparable to that of the average individual at the grade 4.9 level (grade equivalent). Subtests in this cluster include: *Letter-Word Identification* (SS = 102, GE = 5.6), *Reading Fluency* (SS = 100, GE = 5.1), and *Passage Comprehension* (SS = 87, GE = 3.1). Reginald's overall reading ability is age-appropriate. Reading tasks above the grade 6.1 level may be difficult for him.

Math

The Broad Math Cluster provides a comprehensive measure of math achievement including problem solving, automaticity, and mathematics reasoning. Reginald earned a Standard Score of 91, which placed his math skills within the Average range of functioning when compared to others at his grade level. Reginald's overall math ability is comparable to that of the average individual at the grade 4.2 level. Subtests in this cluster include: *Calculation* (SS = 94, GE = 4.5), *Math Fluency* (SS = 88, GE = 3.8), and *Applied Problems* (SS = 93, GE = 4.1). Reginald was able to solve basic addition, subtraction, multiplication, and division problems. He had difficulty with subtracting fractions with common denominators; solving problems that involved dividing a 3- or 4-digit dividend by a 2-digit divisor; and adding mixed fractions with uncommon denominators. Reginald's overall math ability is mildly delayed to age-appropriate. Math tasks above the grade 5.5 level may be difficult for him.

Written Expression

On the *Writing Fluency* subtest, Reginald earned a Standard Score of 87, which placed his skills within the Low Average range when compared to others at his grade level. He earned a grade equivalent of 3.6 on this subtest which required him to write sentences relating to a given stimulus picture that included a set of three words within a specified time limit. Additionally, Reginald earned a Standard Score of 95 on the *Spelling* subtest, which placed his skills in the Average range when compared to others at his grade level. He earned a grade equivalent of 4.4 on this test that measures the ability to write orally presented words correctly.

## PERCEPTUAL-MOTOR SKILLS

Reginald was administered the *Beery Developmental Test of Visual Motor Integration, Fifth Edition* (VMI), which provides a measure of his hand-eye coordination. Scores from 1 ) to 109 are considered within the Average range. Reginald earned a Standard Score of 87, wh h placed his skills in the Below Average range of functioning. The VMI is a paper and pencil t t in which required Reginald to copy an increasingly difficult sequence of geometric designs.

## SUMMARY AND EDUCATIONAL RECOMMENDATIONS

Reginald is an 11-year-old student who is in the 5th grade at Turner Elementary School. He was referred for a psychological evaluation to assess his current levels of cognitive an : a ademic functioning and determine his need for special educational support. Cognitive testing evealed that his cognitive ability falls within the Average range (CIX = 93). Achievement testing revealed that Reginald's overall reading (SS = 97) and math (SS = 91) skills fall w hin the Average range. Because there is no severe discrepancy between Reginald's cognit ve and academic functioning, he does not appear to be eligible to receive special educational ser ices as a student with a Learning Disability. The results of this evaluation will be share t ith the multidisciplinary team and a final decision will be made regarding Reginald's need for special education services. The following recommendations are suggested to aid in the edu ational planning for Reginald:

- When working with Reginald, present all types of verbal information with visual timuli that clearly illustrate the concept being taught (e.g., pictures, charts). Simul neous visual-verbal presentation can help to improve comprehension and retenti on of information.

- Employ the use of specific comprehension strategies with Reginald such as, te ad ig for the main idea, using context clues to determine word meaning, and identifying au e and effect (e.g., story maps).

- To develop his reading comprehension skills, have Reginald pause at the end o each paragraph when he is engaged in a reading activity, and have him summa ze or paraphrase the information in his own words.

- To reinforce Reginald's writing fluency skills, provide him with a short story to read. Have him compose a reaction paragraph containing an introductory sentence, a pe ified number of supporting sentences, and a summary sentence.

- Additional drills and practice in basic number facts (e.g., addition, sut tion, multiplication, division) may be beneficial in reinforcing Reginald's math fluency sl lls.

- To reinforce Reginald's problem-solving skills, utilize instructional strategies tha e able him to recognize the number of steps (operations) involved in a word problem, what they are, and how to sequence them correctly.

- Utilize instructional strategies that generalize any new math skills to "real world" applications (e.g., shopping, making change, cooking) to reinforce Reginald's ibilities in solving applied math problems.

Leslie A. Arthur, Ph.D.
Certified School Psychologist
District of Columbia Public Schools

5

## SCORE SUMMARY PAGE (Reginald T.)

### RIAS Subtest Scores/Index Summary

| Scale | Composite Score | Percentile Rank | 95% Confidence Interval | Qualitative Description |
|---|---|---|---|---|
| Verbal Intelligence Index (VIX) | 94 | 34 | 88-101 | Average |
| Nonverbal Intelligence Index (NIX) | 94 | 34 | 88-101 | Average |
| Composite Intelligence Index (CIX) | 93 | 32 | 88-99 | Average |
| Composite Memory Index (CMX) | 102 | 55 | 96-108 | Average |

### Verbal Intelligence Subtest Scores Summary

| Subtests | Scaled Score |
|---|---|
| Guess What (GWH) | 8 |
| Verbal Reasoning (VRZ) | 9 |

### Nonverbal Intelligence Subtest Scores Summary

| Subtests | Scaled Score |
|---|---|
| Odd-Item Out (OIO) | 10 |
| What's Missing (WHM) | 7 |

### Composite Memory Subtest Scores Summary

| Subtests | Scaled Score |
|---|---|
| Verbal Memory (VRM) | 9 |
| Nonverbal Memory (NVM) | 11 |

9

Educational Evaluation
Tlomona, Reginald
November 21, 2006

*TABLE OF SCORES: Woodcock-Johnson III Tests of Achievement*
Report Writer for the WJ III, Version 1.1
Norms based on grade 5.3

| CLUSTER/Test | Raw | GE | RPI | EASY to DIFF | PR | SS (95% Band (ID)) | AE |
|---|---|---|---|---|---|---|---|
| BROAD READING | - | 4.9 | 4.0 | 6.1 | 98/90 | 43 | 97 (94-101) | 10-4 |
| BROAD MATH | - | 4.2 | 3.2 | 5.5 | 77/90 | 28 | 91 (86-96) | 9-6 |
| MATH CALC SKILLS | - | 4.3 | 3.1 | 5.8 | 81/90 | 28 | 91 (84-96) | 9-6 |
| ACADEMIC SKILLS | - | 4.9 | 4.0 | 6.1 | 85/90 | 42 | 97 (92-102) | 10-3 |
| ACADEMIC FLUENCY | - | 4.4 | 3.4 | 5.6 | 80/90 | 33 | 93 (89-96) | 9-10 |

Form A of the following achievement tests was administered:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Letter-Word Identification | 56 | 5.6 | 4.7 | 6.9 | 93/90 | 56 | 102 (95-1.0) | 11-4 |
| Reading Fluency | 46 | 5.4 | 4.6 | 6.3 | 91/90 | 51 | 100 (97-104) | 10-9 |
| Calculation | 17 | 4.5 | 3.6 | 5.7 | 80/90 | 35 | 94 (85-103) | 10-1 |
| Math Fluency | 50 | 3.8 | 1.8 | 6.1 | 81/90 | 21 | 88 (83-93) | 9-3 |
| Spelling | 32 | 4.4 | 3.5 | 5.6 | 79/90 | 36 | 95 (88-101) | 9-2 |
| Writing Fluency | 12 | 3.6 | 2.8 | 4.6 | 60/90 | 19 | 87 (79-96) | 9-0 |
| Passage Comprehension | 26 | 3.1 | 2.4 | 4.3 | 62/90 | 19 | 87 (79-95) | 8-5 |
| Applied Problems | 32 | 4.1 | 3.4 | 5.0 | 69/90 | 31 | 93 (86-100) | 9-6 |



KAISER PERMANENTE

---

**Reginald Tomonia**
3/30/2006 12:30 PM Office Visit

MRN: **26106384**

Encounter #: **68064896**
Center: **SUMMIT**

Description: **11 year old male**
Provider: **BALBINDER KAUR MD**
Department: **Psychiatry-Ch Summit**

---

**After Visit Summary**    After Visit Summary

**Visit Summary**

**Reason for Visit**    MEDICATION MANAGEMENT

**Diagnoses**    **DEPRESSION** [311]
**ATTENTION DEFICIT DISORDER** [314.00]

**Progress Notes**    Addended by: KAUR MD, BALBINDER on: 3/30/2006  2:09:04 PM

Modules accepted: Orders

S: 11 year old with ADHD , on Adderall 30mg XR qam and 10mg XR at noon, brought by mother for urgent care appointment because of decline of mood and behavior . Patient has experienced several losses recently. In Oct '05 his biological father's leg was amputated and his maternal grandfather died. In March '06, his biological father died. Patient's behavior has declined since last Oct and patient has been suspended on an average of 3 times a month with the suspensions getting longer. Last week he was suspended for 5 days. The reason for suspension has always been disruptive behavior , not following directions, use of profanity etc . mother notes that he is impulsive, lies and runs away. Yesterday, he told mother that he was going across the street to the Dollar store and did not come home till 9 pm. Mother called the Police and patient came home saying that a man with a gun was chasing him. Patient has also been suspended from after school care. His 33 year old sister refuses to keep him because of his defiant behavior and because she agitates her children.

O: alert, casually dressed, well groomed, fair eye contact, speech- soft, slow, mood- depressed, affect- limited range,reactive , denies suicidal or homicidal ideas, denies auditory or visual hallucinations.

A:

Axis I: ADHD , Depressive d/o nos
Axis II: 0
Axis III: 0
Axis IV: mod
Axis V (current/12 months): 55/60

P: Recommendation I: Reviewed the benefits and risks of Prozac 10mg qam including recent reports of increase in suicidality and black box warning . mother agrees for use.
Recommendation II: Therapy recommended for grief counseling, appointment with Regina McCombs tommarrow
Follow up appointment: 2 weeks
phone follow up next week

---

**Completed by:**    **Name**                                    **Date and Time**
**Charting**



11230 Waples Mill Road, Suite 100
Fairfax, VA 22030
Phone: (703) 591-1146 • Fax: (703) 591-1148

**Oak Valley Center**

# Fax

**To:** Karen Alvarez          **From:** S. McManus

**Pages:** 6 5

**Fax:** 202 333 1546   **Phone:**

**Date:** 2/4/08

☐ **For Your Info**      ☐ **Please Reply**      ☒ **As You Requested**

---

• **Comments:**

WRAT—
Grade equivalents at top right of
1st page

— SJM

---

**Instructions to Receiver:**   ☒ **No receipt verification needed**
                                ☐ **Acknowledge Receipt Below**

Please complete this statement of receipt and return to sender
via Fax # (703) 591-1148. Thank you.

I, _____, verify that I have received _____ pages (including the
cover) from Oak Valley Center.

# WRAT3

## WIDE RANGE ACHIEVEMENT TEST □ REVISION 3

NAME Reginald Tomonia          GENDER ☒ M ☐ F

DATE 1/8/07   BIRTH DATE 01/03/95   AGE 12

SCHOOL Oak Valley Center          GRADE _____

REFERRED BY D.C.          EXAMINER M. Eephan

*by Gary S. Wilkinson*

| | | (12) Percentile | (14) | (15) | Grade Score |
|---|---|---|---|---|---|
| | | 31. 39th | Reading- | | 6th |
| | | 32. 34th | Spelling- | | 5th |
| | | 33. 14th | Arithmetic- | | 4th |

---

## SPELLING/A MEASURE OF WRITTEN ENCODING

NAME _____ (1&2)

| (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
|---|---|---|---|---|---|---|---|---|

1. go
2. cat
3. boy
4. run
5. will
6. cut
7. arm
8. dress
9. train
10. Shout
11. watch
12. grown
13. Kitchen
14. result
15. heaven

16. eductai
17. purchase
18. instute
19. suggestion
20. equiment
21. musem
22. ocupy
23. ilgucul
24. fimalar
25. revrence
26. DK
27. pregedis
28. apropasion
29. DK
30.

31.
32.
33.
34.
35.
36.
37.
38.
39.
40.

### 5/10 RULES

| | | |
|---|---|---|
| | | 15 |
| Word Spelling | + | 17 |
| Total Spelling | | 3 2 |

COPYRIGHT © 1993 by Jastak Associates
A DIVISION OF WIDE RANGE, INC
All rights reserved. Printed in U.S.A.
1937, 1946, 1965, 1976, 1978, 1984, 1993

Photocopying of this Test is a violation of copyright law.

WR WIDE RANGE          15 Ashley Place, Suite 1A, Wilmington, DE 19804-1314

# WRAT3

## WIDE RANGE ACHIEVEMENT TEST □ REVISION 3

NAME _Reginald Tomonia_   GENDER _M_ OF

DATE _1/9/07_   BIRTH DATE _01/03/95_   AGE _12_

SCHOOL _Oak Valley Center_   GRADE _____

REFERRED BY _DC_   EXAMINER _M. Feehan_

by Gary S. Wilkinson

**SPELLING/A MEASURE OF WRITTEN ENCODING**

NAME _____ (1&2)

| (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) |

1. go
2. cat
3. boy
4. run
5. will
6. cut
7. arm
8. dress
9. train
10. shout
11. watch
12. grown
13. kitchen
14. result
15. heaven

16. eductai
17. purchase
18. instute
19. suggestion
20. equiment
21. musem
22. oqupy
23. ilqueul
24. fimalar
25. revrence
26. DK
27. pregedis
28. appopasion
29. DK
30.

31.
32.
33.
34.
35.
36.
37.
38.
39.
40.

**5/10 RULES**

| | |
|---|---|
| | 15 |
| | 17 |
| | 3 2 |

COPYRIGHT © 1993 by Jastak Associates
A DIVISION OF WIDE RANGE, INC.
All rights reserved. Printed in U.S.A.
1957, 1946, 1965, 1976, 1978, 1984, 1993

Photocopying of this test is a violation of copyright law.   **WIDE RANGE**   15 Ashley Place, Suite 1A, Wilmington, DE 19804-1314



## ...ARITHMETIC / A MEASURE OF NUMBER COMPUTATIONS

REDUCE ALL ANSWERS TO LOWEST TERMS

2 + 1 = 3     

$$\begin{array}{r} 6 \\ +2 \\ \hline 8 \end{array}$$

$$\begin{array}{r} 5 \\ -3 \\ \hline 2 \end{array}$$

4 - 1 = 3     

$$\begin{array}{r} 8 \\ -6 \\ \hline 2 \end{array}$$

① ② ③ ④ ⑤

$$\begin{array}{r} 51 \\ +27 \\ \hline 78 \end{array}$$

$$\begin{array}{r} 497 \\ -176 \\ \hline 321 \end{array}$$

4 x 2 = 8     

$$\begin{array}{r} 6 \\ \times 3 \\ \hline 18 \end{array}$$

$$\begin{array}{r} 417 \\ +534 \\ \hline 951 \end{array}$$

⑥ ⑦ ⑧ ⑨ ⑩

$$5\overline{)15}^{\;3}$$

$$\begin{array}{r} 452 \\ 137 \\ +245 \\ \hline 834 \end{array}$$

$$\begin{array}{r} 512 \\ \times 3 \\ \hline 1536 \end{array}$$

$$\begin{array}{r} 46 \\ -29 \\ \hline 17 \end{array}$$

$$\begin{array}{r} 34 \\ \times 21 \\ \hline 147 \end{array}$$

⑪ ⑫ ⑬ ⑭ ⑮

$$\begin{array}{r} 62.04 \\ -5.03 \\ \hline 57.01 \end{array}$$

$$9\overline{)882}$$

$1\frac{1}{2}$ hr = 15 min.

$$\begin{array}{r} 401 \\ -74 \\ \hline 326 \end{array}$$

$$6\overline{)968}^{\;312}$$

⑯ 17 18 19 20

Which is more?

$\frac{7}{8}$ or $\frac{13}{15}$

$$\begin{array}{r} 809 \\ \times 47 \\ \hline \end{array}$$

$6^2 = $ ___

$\frac{3}{4} = $ ___ %

$\frac{8}{9} \times \frac{1}{2} \times \frac{9}{4} = $ ___

21 22 23 24 25

Photocopying of this test is a violation of copyright law.



# RAT 3 ARITHMETIC/A MEASURE OF NUMBER COMPUTATIONS

| | | | | |
|---|---|---|---|---|
| $5$ <br> $3\frac{1}{3}$ | $4\frac{5}{6}$ <br> $3\frac{1}{3}$ <br> $+\ 2\frac{1}{2}$ | $7.96$ <br> $\times 30.8$ | Average: <br> 24, 18, 21, 26, 17 <br><br> Ans: _____ | 20% of 120 = <br><br> Ans: _____ |
| **26** | **27** | **28** | **29** | **30** |

| | | | | |
|---|---|---|---|---|
| Write as a decimal: <br><br> $52\frac{1}{2}\% =$ _____ | $(-5)\ (+9) =$ <br><br> Ans: _____ | $\dfrac{3}{8} =$ ____ % | Factor: <br><br> $r^2 - 10r + 25 =$ <br><br> Ans: _____ | $8.2\overline{)62.703}$ |
| **31** | **32** | **33** | **34** | **35** |

| | | | | |
|---|---|---|---|---|
| Solve: <br><br> $\dfrac{7-(6+8)}{2} =$ <br><br> Ans: _____ | $6 \times 3\frac{7}{8} =$ ____ | $\sqrt{2ax} = 6$ <br> $x =$ ____ | Find interest on $1200 at 6% per year for 2 years compounded annually: <br><br> Ans: _____ | $\log_{10}\left(\dfrac{1}{100}\right)$ <br><br> Ans: _____ |
| **36** | **37** | **38** | **39** | **40** |



| 15 | 15 | 30 |
|---|---|---|

Photocopying of this test is a violation of copyright law.

## WRAT 3 READING/ A MEASURE OF WRITTEN DECODING

### CAUTION: EXAMINER USE ONLY!

# A B O S E  R T H U P  I V Z J Q    (15)

| | | | |
|---|---|---|---|
| 1. **see** — see | 2. **red** — red | 3. **milk** — milk | 4. **was** — wuz |
| 5. **then** — *then* | 6. **jar** — jahr | 7. **letter** — let-ĕr | 8. **city** — sit-ee |
| 9. **between** — bi-tween | 10. **cliff** — klif | 11. **stalk** — stawk | 12. **grunt** — grunt |
| 13. **huge** — hyooj | 14. **plot** — plot | 15. **sour** — sowr | 16. **humidity** — hyoo-mid-i-tee |
| 17. **clarify** — klar-i-fi | 18. **residence** — rez-i-dĕns | 19. **urge** — urj | 20. **rancid** — ran-sid |
| 21. **conspiracy** — kŏn-spir-ă-see | 22. **deny** — di-nī | 23. **quarantine** — kwor-ăn-teen | 24. **deteriorate** — di-teer-i-ŏ-rayt |
| 25. **rudimentary** — roo-di-men-tĕ-ree | 26. **mosaic** — moh-zay-ik | 27. **rescinded** — ri-sind-ed | 28. **audacious** — aw-day-shŭs |
| 29. **mitosis** — mi-toh-sis | 30. **protuberance** — proh-too-bĕ-răns | 31. **longevity** — lon-jev-i-tee | 32. **predilection** — pred-i-lek-shŏn |
| 33. **regime** — re-zheem | 34. **beatify** — bi-at-i-fi | 35. **internecine** — in-tĕr-nee-seen, -nes-een | 36. **regicidal** — rej-i-si-dal |
| 37. **puerile** — pyoo-e-ril | 38. **factitious** — fak-tish-ŭs | 39. **lucubration** — loo-kyuu-bray-shŏn | |
| 40. **epithalamion** — ep-i-thă-lay-mi-ŏn | 41. **inefficacious** — in-ef-i-kay-shŭs | 42. **synecdoche** — si-nek-dŏ-kee | |
| **5/10 RULES** | | | |

Letter Reading: **15**

Word Reading: **22**

Total Reading: **37**

**OBSERVATIONS/REMARKS:**

COPYRIGHT © 1993 by Jastak Associates
A DIVISION OF WIDE RANGE, INC
All rights reserved. Printed in U.S.A.
1937, 1946, 1965, 1976, 1978, 1984, 1993

Photocopying of this test is a violation of copyright law.



WIDE RANGE

15 Ashley Place, Suite 1A, Wilmington, DE 19804-1314

```
                        MEMBERSHIP SYSTEM                    PAGE: 1
                     CQ - FAMILY COPAY INQUIRY
              AS OF: FRI FEB 1, 2008 4:51 PM FOR YEAR: 2005
                   SUBSCRIBER: TOMONIA,LINDA      FAMILY# ALL
MEMBER NAME            DOS           ENC/BILL    ENC#/BILL#       COPAY$

TOMONIA,REGINALD      08/29/2005       E          K05241357       $10.00
                     09/07/2005        E          K05250205       $40.00
                     11/14/2005        E          U0531838        $20.00
TOMONIA,LINDA        04/17/2005        E          Y0510766        $20.00
                     09/29/2005        E          K05272943       $10.00
                     10/07/2005        E          K05280795       $10.00
                     12/01/2005        E          K053351002      $10.00

COPAY MAX: $0.00       $120.00 OVER MAX    TOTAL PAID TO DATE:    $120.00
**************************************************************************
           PLEASE NOTE THAT COPAYS LISTED ABOVE ARE AS OF DATE PRINTED.
           THE DOLLAR AMOUNTS MAY CHANGE DEPENDING ON CHANGES IN THE
           MEMBERS ELIGIBILITY OR THE ENTRY OF ADDITIONAL ENCOUNTERS
                              AND BILLS.
**************************************************************************
<END OF REPORT>
```

```
                        MEMBERSHIP SYSTEM
                   CQ - FAMILY COPAY INQUIRY                    PAGE: 1
            AS OF: FRI FEB 1, 2008 4:52 PM FOR YEAR: 2006
                SUBSCRIBER: TOMONIA,LINDA      FAMILY# ALL
MEMBER NAME           DOS        ENC/BILL  ENC#/BILL#
                                                               COPAYS$
----------------------------------------------------------------------
TOMONIA,REGINALD      03/30/2006     E       U06089145          $10.00
                      05/01/2006     E       M06121232          $20.00
                      06/01/2006     E       @06152342          $20.00
                      07/05/2006     E       M0618679           $30.00
                      08/08/2006     E       M0622028           $30.00
                      10/03/2006     E       @06276277          $20.00
TOMONIA,LINDA         01/02/2006     E       Y0600210           $10.00
                      08/02/2006     E       U0621497           $20.00
                      10/27/2006     E       K06300857          $10.00
                                                               ---------
COPAY MAX: $0.00        $170.00 OVER MAX     TOTAL PAID TO DATE:  $170.00
**********************************************************************
        PLEASE NOTE THAT COPAYS LISTED ABOVE ARE AS OF DATE PRINTED.
        THE DOLLAR AMOUNTS MAY CHANGE DEPENDING ON CHANGES IN THE
        MEMBERS ELIGIBILITY OR THE ENTRY OF ADDITIONAL ENCOUNTERS
                             AND BILLS.
**********************************************************************
<END OF REPORT>
```

```
                          MEMBERSHIP SYSTEM
                      CQ - FAMILY COPAY INQUIRY                    PAGE: 1
                AS OF: FRI FEB 1, 2008 4:52 PM FOR YEAR: 2007
                   SUBSCRIBER: TOMONIA,LINDA        FAMILY# ALL
MEMBER NAME              DOS            ENC/BILL   ENC#/BILL#
                                                                   COPAY$

TOMONIA,REGINALD       10/29/2007         E          U07302123       $30.00
TOMONIA,LINDA          05/03/2007         E          K071231008      $10.00
                       05/04/2007         E          K07124828       $10.00
                       05/25/2007         E          N07145336       $20.00
                       05/29/2007         E          K071491121      $10.00
                       06/13/2007         E          K07164953       $10.00
                       09/11/2007         E          K07254913       $10.00

COPAY MAX: $0.00        $100.00 OVER MAX      TOTAL PAID TO DATE:    $100.00
*****************************************************************************
             PLEASE NOTE THAT COPAYS LISTED ABOVE ARE AS OF DATE PRINTED.
             THE DOLLAR AMOUNTS MAY CHANGE DEPENDING ON CHANGES IN THE
             MEMBERS ELIGIBILITY OR THE ENTRY OF ADDITIONAL ENCOUNTERS
                            AND BILLS.
*****************************************************************************
<END OF REPORT>
```

## MA_PM1260 Patient Payments

**Patient MRN: 111024671**



**Patient Name: TOMONIA, LINDA**

**Start Date: 1/1/2006**          **End Date: 12/31/2006**

| Payment Date | Payment Description | Payment Amount |
|---|---|---|
| 08/02/2006 | GUARANTOR PAYMENT - ON ACCOUNT AT POS | 20.00 |
| | CO-PAYMENT | 20.00 |
| 10/27/2006 | CO-PAYMENT | 10.00 |
| 11/09/2006 | CO-PAYMENT | 20.00 |
| | **Report Total:** | **70.00** |

Filename: MA_PM1260_Patient_Payments_Report

This report contains confidential and proprietary information and must be treated accordingly.
Copyright © 2006, Kaiser Permanente.

Page 1 of 1
Report Run Date: 1/30/2008
NUID:          3744660

## MA_PM1260 Patient Payments

**Patient MRN:** 111024671



**Patient Name:** TOMONIA,LINDA

**Start Date:** 1/1/2007                    **End Date:** 12/31/2007

| Payment Date | Payment Description | Payment Amount |
|---|---|---|
| 04/04/2007 | CO-PAYMENT | 20.00 |
| 05/04/2007 | CO-PAYMENT | 10.00 |
| 05/11/2007 | PRE-PAYMENT | 10.00 |
| 06/24/2007 | CO-PAYMENT | 20.00 |
| | **Report Total:** | **60.00** |

Filename: MA_PM1260_Patient_Payments_Report

This report contains confidential and proprietary information and must be treated accordingly.
Copyright © 2006, Kaiser Permanente.

Page 1 of 1
Report Run Date: 1/30/2008
NUID:          3744660

```
                        KAISER PERMANENTE PHARMACY
                   PATIENT PAYMENTS REPORT FOR YEAR: 2006
                      PRINTED ON FEB 01, 2008  4:46 PM

PATIENT: TOMONIA,LINDA                       ID:

Rx            ACTION       DATE       MEDICATION        QTY    SIG    AMOUNT

73664882      ADD          10/27/06   GEN PROZAC 20MG     0             0.00
              REFILL       10/27/06   GEN PROZAC 20MG    90            15.99
              CANCEL XACN  11/10/06   GEN PROZAC 20MG   -90           -15.99
     TOTAL FOR Rx:                                                            0.00
73664871      ADD          10/27/06   AMBIEN @ 5MG TA     0             0.00
              REFILL       10/27/06   AMBIEN @ 5MG TA    30            20.00
              CANCEL XACN  11/10/06   AMBIEN @ 5MG TA   -30           -20.00
     TOTAL FOR Rx:                                                            0.00
73664872      ADD          10/27/06   GEN PLENDIL 5MG     0             0.00
              REFILL       10/27/06   GEN PLENDIL 5MG    90            30.00
              CANCEL XACN  11/10/06   GEN PLENDIL 5MG   -90           -30.00
     TOTAL FOR Rx:                                                            0.00
73471983      ADD          01/02/06   GEN CLEOCIN 150    25            10.00
     TOTAL FOR Rx:                                                           10.00
```

  ** TOTAL PAYMENTS:                                                        10.00

** END OF REPORT **

KAISER PERMANENTE PHARMACY
PATIENT PAYMENTS REPORT FOR YEAR: 2007
PRINTED ON FEB 01, 2008   4:47 PM

PATIENT: TOMONIA,LINDA                    ID:

| Rx | ACTION | DATE | MEDICATION | QTY | SIG | AMOUNT | |
|----|--------|------|-----------|-----|-----|--------|---|
| 73865797 | ADD | 09/11/07 | GEN TYLENOL W/C | 0 | | 0.00 | |
| | REFILL | 09/11/07 | GEN TYLENOL W/C | 60 | | 10.00 | |
| TOTAL FOR Rx: | | | | | | | 10.00 |
| 73814353 | ADD | 06/13/07 | PREDNISONE 10MG | 0 | | 0.00 | |
| | REFILL | 06/13/07 | PREDNISONE 10MG | 42 | | 9.42 | |
| | CANCEL XACN | 06/29/07 | PREDNISONE 10MG | -42 | | -9.42 | |
| TOTAL FOR Rx: | | | | | | | 0.00 |
| 73804772 | FORMULARY SU | 05/29/07 | GEN ZITHROMAX 2 | 0 | | 0.00 | |
| | REFILL | 06/02/07 | GEN ZITHROMAX 2 | 6 | | 10.00 | |
| TOTAL FOR Rx: | | | | | | | 10.00 |
| 73804785 | ADD | 05/29/07 | GEN POLYTRIM OP | 0 | | 0.00 | |
| | REFILL | 06/02/07 | GEN POLYTRIM OP | 1 | | 10.00 | |
| TOTAL FOR Rx: | | | | | | | 10.00 |
| 73788389 | ADD | 05/03/07 | IBUPROFEN 600MG | 0 | | 0.00 | |
| | REFILL | 05/04/07 | IBUPROFEN 600MG | 60 | | 9.60 | |
| TOTAL FOR Rx: | | | | | | | 9.60 |
| 73788398 | ADD | 05/03/07 | ZYRTEC NF 10MG | 0 | | 0.00 | |
| | REFILL | 05/04/07 | ZYRTEC NF 10MG | 90 | | 105.00 | |
| | CANCEL XACN | 05/04/07 | ZYRTEC NF 10MG | -90 | | -105.00 | |
| | REFILL | 05/04/07 | ZYRTEC NF 10MG | 30 | | 35.00 | |
| TOTAL FOR Rx: | | | | | | | 35.00 |
| 73788284 | SUBSTITUTE | 05/03/07 | GEN PLENDIL 5MG | 0 | | 0.00 | |
| | REFILL | 05/04/07 | GEN PLENDIL 5MG | 90 | | 30.00 | |
| | CANCEL XACN | 05/04/07 | GEN PLENDIL 5MG | -90 | | -30.00 | |
| | REFILL | 05/04/07 | GEN PLENDIL 5MG | 30 | | 10.00 | |
| TOTAL FOR Rx: | | | | | | | 10.00 |
| 73664872 | SUBSTITUTE | 05/03/07 | GEN PLENDIL 5MG | 0 | | 0.00 | |
| TOTAL FOR Rx: | | | | | | | 0.00 |
| 73318564 | SUBSTITUTE | 05/29/07 | ZITHROMAX 250MG | 0 | | 0.00 | |
| TOTAL FOR Rx: | | | | | | | 0.00 |

** TOTAL PAYMENTS:                                                          84.60

** END OF REPORT **



**KAISER PERMANENTE**

```
Mid-Atlantic Permanente Medical group, P.C.
Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.
2101 East Jefferson Street  Rockville, MD 20852
```

10/29/2007


Reginald Tomonia                                        26106384
6817 Georgia Ave Nw
Apt 407
Washington, DC 20012


To Whom It May Concern:

Reginald Tinonia is being treated at Kaiser Permanente Behavioral Health Center. He is diagnosed with ADHD and mood disorder and the following medications were prescribed- Adderall, Risperdal and Clonidine. Pt is non-compliant with his medications.

Reginald has had one inpatient psychiatric admission in May '06 at Children's National Medical Center, Inpatient Psychiatric Unit. This admission was precipitated by increasingly agitated, out of control behavior and suicidal ideation.

Reginald has mood lability and problems with impulsivity as well as anger management. He is oppositional and threatens others. He refuses school and has not gone to school for the last 3 weeks. His coping skills , self esteem and judgement and insight are poor Reginald requires a highly structured environment in order to function successfully. This is a youngster at very high risk for further destructive acting out behavior in school and within the community. With structure and supervision, he may be able to overcome his difficulties, be successful in school, and set positive goals for a productive future. It is therefore urgent that he also be considered for an educational intervention at this time, in the form of a structured placement, preferably with a therapeutic component. I am available for further consultation as needed.

Sincerely,


Balbinder Kaur, M.D.
(Child and Adolescent Psychiatrist)
301-897-2372