UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

_____
                                    )
**LINDA TOMONIA**, *et al.*,        )
                                    )
   On behalf of R.T., minor,   )
                                    )
       Plaintiffs,          )
                                    )
       v.                   )   Civil Action No. 07-0882 (JR)
                                    )
**DISTRICT OF COLUMBIA**, *et al.*, )
                                    )
       Defendants.          )
_____)

**DEFENDANTS' MOTION FOR ENLARGEMENT OF
TIME TO FILE A RESPONSE TO PLAINTIFFS' STATEMENT OF MATERIAL
FACTS**

Pursuant to Fed. R. Civ. P. 6(b), defendants District of Columbia, Mary Grant, Marcia Parker, Dennis Homesley, Clifford Janey and William Wilhoyte, by and through counsel, hereby move for a brief enlargement of time to respond to plaintiff's Statement of Material Facts included in their Motion for Summary Judgment, up to and including March 20, 2008, and state as follows:

1. On October 19, 2007, the Court issued an order which adopted the parties' Local Rule 16.3 report. In that report, the parties agreed that the deadline for filing dispositive motions would be February 14, 2008. See Court Docket at ## 35, 36. On February 13, 2008, plaintiff filed a consent motion to enlarge the deadline for filing dispositive motions to February 28, 2008. See Court Docket at # 44. The Court granted the consent motion and directed that the parties file dispositive motions on or before February 28, 2008, and oppositions to said motions by March 18, 2008. See Court Docket at # 45.

2. Plaintiffs untimely filed their motion for summary judgment, without seeking the consent of these defendants or leave of this Court. See Docket Entry #47.

3. While the defendants have worked diligently to comply with the Court's order and will be filing its opposition to plaintiffs' Motion for Summary Judgment timely, due to time constraints they will not be able to file their response to plaintiff's Statement of Material Facts by the March 18, 2008 deadline. Plaintiffs' Motion contains no less than seventy-seven statements, and these defendants need more time to respond to them.

4. The defendants now respectfully requests that the Court enlarge its time to respond and or oppose plaintiffs' Statement of Material Facts pursuant to Fed. R. Civ. P. 6(b)(1). Rule 6 reads as follows:

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order…."

5. This motion is filed prior to the expiration of the prescribed period. The District seeks a two (2) day extension of time, i.e. until March 20, 2008, to respond to plaintiffs' Statement of Material Facts. No party will suffer undue prejudice.

Wherefore, these defendants' request, additional time up to and including March 20, 2008, to file a response to plaintiffs' Statement of Material Facts.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General
    for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

\_/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

\_/s/_____
ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor North
Washington, D.C. 20001
(202) 442-9754 ; (202) 727-6295
(202) 727-3625 (fax)
eric.glover@dc.gov

7(m) CERTIFICATION

**LCvR 7(m) CERTIFICATION**

I hereby certify that on March 18, 2008, I attempted to contact plaintiff's counsel to obtain her consent to the relief sought in this motion. However, as of the filing of this motion, undersigned counsel has not heard from plaintiff's counsel. Therefore, this motion should be treated as contested

/s/ Eric S. Glover_____
Eric S. Glover
Assistant Attorney General, D.C

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

_____
                                    )
**LINDA TOMONIA**, *et al.*,        )
                                    )
   On behalf of R.T., minor,    )
                                    )
      **Plaintiffs,**           )
                                    )
   v.                           )   Civil Action No. 07-0882 (JR)
                                    )
**DISTRICT OF COLUMBIA**, *et al.*, )
                                    )
      **Defendants.**           )
_____)

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFFS' STATEMENT OF MATERIAL FACTS

In support of their Motion for Enlargement of Time to File A Response to Plaintiffs' Statement of Material Facts, these defendants rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b)(1).

3. The record herein.

                        Respectfully submitted,

                        PETER J. NICKLES
                        Interim Attorney General
                        for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General, Civil Litigation Division

        /s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

 /s/
ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9754 ; (202) 727-6295
(202) 727-3625 (fax)
eric.glover@dc.gov

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| **LINDA TOMONIA,** *et al.,* | ) | |
| On behalf of R.T., minor, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 07-0882 (JR) |
| **DISTRICT OF COLUMBIA,** *et al.***,** | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of defendants' Motion for Enlargement of Time to Respond to plaintiffs' Statement of Material Facts, the Memorandum of Points and Authorities filed in support thereof, any opposition thereto, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2008,

ORDERED: That the motion shall be and the same is hereby granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED: That defendant's time to file an response to plaintiffs' Statement of Material Facts shall be extended up and including to March 20, 2008

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA