IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA TOMONIA, et al, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al, )<br>)<br>Defendants. )<br>…………………………………………) | Civ.Action No 7-CV-0882(JR) |

### NOTICE OF FILING

Plaintiffs file herewith file Exhibits 1-24 to the Declaration of Linda Tomonia.

Plaintiff Tomonia's Declaration was filed as Exhibit 3 to Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment.

    Ex. 1: Plaintiffs incorporate by reference Doc. 47-3.  (Ex. I-A).
    Ex. 2: Plaintiffs incorporate by reference Doc.  47-4.  (Ex. I-B).
    Ex. 3: Deleted.
    Ex. 4: Plaintiffs incorporate by reference Doc. 48-6.   (Ex. II-G).
    Ex. 5: Plaintiffs incorporate by reference Doc. 50-11. (Ex. XIV-E).
    Ex. 6: Plaintiffs incorporate by reference Doc. 48-3.    (Ex. II-B).
    Ex. 7:  Plaintiffs incorporate by reference Doc. 48-4.   (Ex. II-C).
    Ex. 8: plaintiffs incorporate by reference Doc.  48-8    (Ex. II-F).
    Ex. 9: plaintiffs incorporate by reference Doc. 50-8.   (Ex. XII-F)
    Ex. 10: Plaintiffs incorporate by reference Doc. 50-3.  (Ex. XII-A)
    Ex. 11: Plaintiffs incorporate by reference Doc. 50-4.  (Ex. XII-B)
    Ex. 12: Plaintiffs incorporate by reference Doc. 50-5.  (Ex. XII-C)
    Ex. 13: Plaintiffs incorporate by reference Doc. 49-4.   (Ex. VI-A)
    Ex. 14: Plaintiffs incorporate by reference Doc. 49-5.   (Ex. VI-D)
    Ex. 15: Plaintiffs incorporate by reference Doc. 49-6.
    Ex. 16: Plaintiffs incorporate by reference Doc. 50-2.
    Ex. 17: Plaintiffs incorporate by reference Doc. 50-6. (Ex. XII-D)
    Ex. 18: Plaintiffs incorporate by reference Doc. 50-7.
    Ex. 19: Plaintiffs incorporate by reference Doc. 50-3.

Ex. 20: Plaintiffs incorporate by reference Doc. 49-3. (Ex. VI-A)
Ex. 21: Plaintiffs incorporate by reference (Ex. XIV-B).
Ex. 22: Plaintiffs incorporate by reference Doc. 50-14. (EX. XIV-E)
Ex. 23: Plaintiffs incorporate by reference Doc. 50-10 (Ex. XIV-A).
Ex. 24: Plaintiffs incorporate by reference Doc. 50-12 (Ex. XIV-B).

Respectfully submitted,

Karen D. Alvarez
D.C. Bar No. 423186
1442 Foxhall Rd, N.W.
Washington, D.C. 20007
(202) 333-8553
202-333-1546(Fax)